IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| H.M. BEASLEY, | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FORTIS INSURANCE COMPANY, AND JOHN ALDEN LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO.: 2:05-CV-0729-B

RECEIVED 2005 AUG -3 A 10: 29
DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

## STATEMENT IN COMPLIANCE WITH RULE FRCP 7.1

**COMES NOW** defendants Fortis Insurance Company ("Fortis") and John Alden Life Insurance Company ("Alden") (hereinafter collectively referred to as "Defendants"), and state that the only publicly-held corporation that owns more than 10% of either of Defendants is Assurant, Inc.

Respectfully submitted,

_____
Jennifer M. Busby (BUS009)
Robert S.W. Given (GIV003)
R. Frank Springfield (SPR024)
Attorneys for Defendants
FORTIS INSURANCE COMPANY AND
JOHN ALDEN LIFE INSURANCE COMPANY

**OF COUNSEL:**

**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1379518

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the _2nd_ day of August, 2005:

W. Lee Pittman
C. Carter Clay
Pittman, Hooks, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
Birmingham, AL  35203

_____
OF COUNSEL