IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| H. M. BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05cv00729-DRB |
| | ) | |
| FORTIS INSURANCE COMPANY | ) | |
| and ALDEN LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF H. R. BEASLEY

Comes now the affiant, H. R. Beasley, who being first duly sworn, would depose and state as follows:

My name is H. R. ("Ricky") Beasley. I am over the age of nineteen (19) years and reside in Barbour County, Alabama. I am the plaintiff in the above-styled matter. I have personal knowledge of the facts contained herein.

Prior to and since applying for the policy made the basis of this lawsuit, I have owned and operated a business called Impressive Collision Center, a body shop, located at 312 South Randolph Avenue, Eufaula, Alabama 36027. I am the sole owner of this business.

While Impressive Collision Center has employees, I have never offered and/or provided any fringe or employee benefits, including health or medical coverage other than workers' compensation, to those employees.

I purchased the policy made the basis of this lawsuit for the sole purpose of providing coverage for myself and wife and had no intention of procuring coverage of anyone else, including any employees.

I am also the Vice-President of Beasley Motor Company, Inc. and own a twenty-five percent (25%) interest in Beasley Motor Company, Inc. My father, mother, and sister also have ownership interests in Beasley Motor Company, Inc. Prior to August 1988, Beasley Motor Company, Inc. operated an automobile dealership. After August 1988, Beasley Motor Company, Inc. simply owned property that was rented to others and had no employees. Impressive Collision Center operates on property owned by Beasley Motor Company and pays monthly rent to Beasley Motor Company, Inc.

I simply chose to have the premiums for the policy made the basis of this lawsuit paid by drafts from Beasley Motor Company, Inc.'s bank account because, in the past, that account had been used by myself and other family members to pay such premiums.

Attached hereto are copies of documents, including an application and medical certificate, that were provided to or mailed to me by John Alden Life Insurance Company and/or Fortis Insurance Company.

All of the above statements are true and correct.

H. M. BEASLEY

Sworn to and subscribed before me
this 30th day of August, 2005.

NOTARY PUBLIC

My Commission expires: 11-28-08

2