**FORTIS**
Solid partners, flexible solutions™

AGENT RECORD SHEET     **FORTIS INSURANCE COMPANY**
06/25/2002                          501 West Michigan  Milwaukee, WI 53203

Health Coverage          MEMPHIS-TENNESSEE OFFICE          Agency Number:  OJAJ66041  JA001
                         6060 POPLAR AVENUE
                         SUITE 145                         * * AGENT DATA * *
                         MEMPHIS TN  38119                 Jeffrey Fredrickson
                                                           OJAN05310 JA001

### POLICYHOLDER INFORMATION

|  | Birthdate | Age | Sex |  |  |
|---|---|---|---|---|---|
| Name/Address | | | | Policy Number: | 0050343438 |
| | | | | Effective Date: | 07/01/2002 |
| H M BEASLEY | 09/09/1952 | 49 | M | Form Number: | 390-AL |
| 424 W EUFAULA DR | | | | Bill Type: | COM |
| EUFAULA AL  36072 | | | | Account No: | 0000101212 |
| | | | | Soc Sec No: | 422 74 8827 |
| | | | | Area Factor: | 080 |

### COVERAGE

| Description | Premium |
|---|---|
| Medical Expense Coverage | monthly |
| Network Doctor/Hospital Rider | Included |
|     PPO Vendor:  (ALS) PHCS | |
| Insured:  Non-Tobacco User | $    118.62 |
| Spouse:  Non-Tobacco User | $    127.14 |
| Rate of Payment:    50% to $  4,000 | |
| Deductible Amount:  $  2,500 | |
| Covered Prescription Drug Services | Included |
| Prescription Drug Deductible Amount:  $    500 | |
| Total Modal Premium | $    245.76 |

Other Insureds and Dates of Birth:

    Nina                11/09/1954

Total Insureds:  02

Issued and underwritten by John Alden Life Insurance Company,
a Fortis Health member company.



**FORTIS**
Solid partners, flexible solutions℠

Agent Address:    JEFFREY FREDRICKSON
                  144 E BROAD ST
                  EUFAULA AL  36027

## AGENT RECORD SHEET    **FORTIS INSURANCE COMPANY**
06/25/2002                501 West Michigan  Milwaukee, WI 53203

Health Coverage     MEMPHIS-TENNESSEE OFFICE          Agency Number:  0JAJ66041 JA001
                    6060 POPLAR AVENUE
                    SUITE 145                         * * AGENT DATA * *
                    MEMPHIS TN  38119                 Jeffrey Fredrickson
                                                      0JAN05310 JA001

### POLICYHOLDER INFORMATION

| Name/Address | Birthdate | Age | Sex | |
|---|---|---|---|---|
| H M BEASLEY | 09/09/1952 | 49 | M | Policy Number: 0050343438 |
| 424 W EUFAULA DR | | | | Effective Date: 07/01/2002 |
| EUFAULA AL  36072 | | | | Form Number: 390-AL |
| | | | | Bill Type: COM |
| | | | | Account No: 0000101212 |
| | | | | Soc Sec No: 422 74 8827 |
| | | | | Area Factor: 080 |

### COVERAGE

| Description | Premium |
|---|---|
| Medical Expense Coverage | monthly |
| Network Doctor/Hospital Rider | Included |
|    PPO Vendor: (ALS) PHCS | |
| Insured: Non-Tobacco User | $  118.62 |
| Spouse: Non-Tobacco User | $  127.14 |
| Rate of Payment:  50% to $  4,000 | |
| Deductible Amount: $  2,500 | |
| Covered Prescription Drug Services | Included |
| Prescription Drug Deductible Amount: $  500 | |
| Total Modal Premium | $  245.76 |

Other Insureds and Dates of Birth:

   Nina          11/09/1954

Total Insureds:  02



##### ***** AGENCY COPY *****
### FORTIS INSURANCE COMPANY
501 West Michigan St
Milwaukee, WI 53203

Agency Number: 0JAJ66041 JA001
** AGENT DATA **
Jeffrey Fredrickson
0JAN05310 JA001

### ACCOUNT STATEMENT
### as of 06/25/2002

This Account Statement has been prepared to inform you and your agent of the status of the initial payment, in connection with your new policy.  This is not a bill.  Any difference between the amount submitted with your application/enrollment form and the initial payment is shown in detail below.  If you receive a bill please pay in response to it and not this statement.  If, however, you would prefer to submit your initial payment to your agent, please feel free to do so.

Policies are conditionally issued when additional signed documents and/or additional payment is required.  If your policy is conditionally issued because the signed documents have been requested and payment is due, your bill will be mailed after the signed documents are received by Fortis Insurance Company.  After the initial full amount has been paid, billing will occur as requested on your application/enrollment form.

Signed documents and/or full payment must be received by Fortis Insurance before claims can be considered for payment.

### POLICYHOLDER INFORMATION

| Name/Address | Birthdate | Sex | | |
|---|---|---|---|---|
| H M BEASLEY | 09/09/1952 | M | Policy Number: | 0050343438 |
| 424 W EUFAULA DR | | | Effective Date: | 07/01/2002 |
| EUFAULA AL  36072 | | | Form Number: | 0390- AL |
| | | | Bill Type: | COM |
| | | | Account No: | 0000101212 |
| | | | Policy Status: | CONDITIONAL ISSUE |

### ACCOUNT INFORMATION

| | | |
|---|---|---|
| Amount Due | $    249.76 for  1 month(s) | |
| Processing Fee | $     20.00 | |
| Amount Remitted | $      0.00 | |
| Balance Due | $    269.76 will be drafted from your account | |
| Account Status | The balance due of the initial payment, will be drafted from your account to pay your policy. | |

If you have any questions please contact your agent.

Issued and underwritten by John Alden Life Insurance Company,
a Fortis Health member company.

# SERVICES NOT COVERED

- Medications not covered under your Prescription Drug Card Program are listed in your insurance contract.

# FOR MORE INFORMATION, CONTACT:

**FORTIS HEALTH
CUSTOMER SERVICE**
**1-800-553-7654**
**1-414-271-3011 (Milwaukee)**

- If any information on your card is incorrect.

- If you need a prescription drug claim form.

- If you have further questions.

**EXPRESS SCRIPTS**
**1-800-824-0898**
**Have your pharmacist call:**

- If your pharmacy would like to participate in the ESI national network.

- If your pharmacy will not accept your card.

# DRUG FORMULARY PROGRAM

Fortis Health is committed to helping its members reduce their prescription drug costs and has contracted with ESI to lead that effort. An exciting component of Fortis Health's prescription drug benefit is the ESI Drug Formulary Program, also known as a "Preferred Drug List."

For many people, the drug formulary program is a new concept. Listed below are some commonly asked questions and answers to help you better understand the Drug Formulary Program.

## What is the ESI Drug Formulary?

The ESI Drug Formulary (Preferred Drug List) is a list of prescription drugs recommended for use by physicians and pharmacists when prescribing and dispensing medications. The purpose of the Drug Formulary is to promote the use of cost-effective prescription medications when medically appropriate for Fortis Health members, and to help reduce your prescription drug costs.

## What prescription drugs are included on the ESI Drug Formulary?

The ESI Drug Formulary (Preferred Drug List) is an extensive list of commonly prescribed preferred drugs. This list is reviewed and updated regularly. Show the enclosed copy of the ESI Drug Formulary to your physician each time you or a family member have an appointment.

## What happens if a drug is prescribed that is on the ESI Drug Formulary?

Each participating pharmacist in the ESI National Network is notified of the drugs included on the ESI Drug Formulary (Preferred Drug List). If your prescription is for one of the drugs on the formulary, and the medication is a covered benefit, your prescription will be filled, and you will receive the prescription upon payment of your applicable copay and/or other charges as described in your contract.

## What happens if a drug is prescribed that is NOT listed on the ESI Drug Formulary?

Your pharmacist will call your physician and ask if a drug on the formulary may be prescribed and dispensed. If the physician agrees to change the prescription to a formulary medication, and the medication is a covered benefit, your prescription will be filled with the formulary drug.

If the physician still wants you to receive the non-formulary (non-preferred) drug, the pharmacist will fill the prescription with the non-formulary medication. You will be charged the applicable copay (non-formulary/non-preferred) for the nonformulary/non-preferred medication, and/or other charges as described in your contract.

Fortis Health is proud to be working with ESI to manage your prescription drug benefit program. Please contact Fortis Health's Customer Service at 1-800-553-7654 with any questions you may have regarding the Drug Formulary Program.

***** AGENT COPY *****

**FORTIS**
Solid partners, flexible solutions™

**FORTIS HEALTH**
501 West Michigan
P. O. Box 624
Milwaukee, WI 53201-0624
Telephone: (414) 271-3011

# HOW YOUR PRESCRIPTION DRUG CARD PROGRAM WORKS

Your coverage for outpatient drugs is provided through Fortis Health's prescription drug card program, administered through Express Scripts (also known as ESI). The drug card is easy to use and may offer you savings each time you fill a covered prescription at a pharmacy participating in the ESI network!

## IMPORTANT FEATURES

- To receive maximum benefits, a prescription must be 1) prescribed by a licensed physician, 2) dispensed by a participating pharmacy, **and** 3) processed on the drug card.

- You must present your card at your local ESI pharmacy each time a prescription is filled.

- You pay the applicable copayment and applicable coinsurance per covered prescription for up to a one-month supply after your calendar year drug card deductible is satisfied. Some medications may have additional supply limits.

- No claim forms are needed when you use your drug card.

- A list of national participating pharmacies is enclosed in this package. To locate the participating pharmacies nearest you, call the pharmacy locator telephone number on your prescription drug card.

- A covered prescription must be Food and Drug Administration (FDA) approved (see your Drug Formulary information).

- **FDA-Approved Generic Drugs:** Fortis Health considers benefits for covered generic drugs after any applicable copayment, coinsurance and deductible.

- **Brand Name Drugs:** If an FDA-approved generic drug is not available, Fortis Health considers benefits for covered brand name drugs after any applicable deductible, applicable brand copayment and coinsurance. If a generic drug is available, but you or your physician choose a brand name, you will be responsible for the difference in cost, **in addition to other charges required by your plan.**

- Some plans may offer selected maintenance medications through mail order. If you have questions about mail order service, please call 1-800-553-7654

## HOW TO USE THE DRUG CARD

- You must present your card at your local ESI pharmacy each time a prescription is filled.

- Within seconds, the pharmacy transmits the prescription information to ESI. Any available prescription benefits are analyzed and a response is sent back to your pharmacist.

- Once you satisfy your calendar year deductible, you pay the applicable copayment and/or coinsurance specified in your plan.

- If you do not use the drug card at a participating pharmacy, a record of your expenses will not automatically be maintained by ESI. You must then submit your prescription charges with a prescription drug claim form, which may be obtained by calling Fortis Health's Customer Service at 1-800-553-7654. **Prescription claims that are mailed to ESI for processing are subject to the contracted rate and you may have usual and customary reductions in your benefits.**

- Outpatient prescription drug payments are not applied to your policy deductible, rate of payment or out-of-pocket maximum.

Quick Check Pharmacy
Raley's
Randall's Pharmacy
Remedies Pharmacy*
Rinderer's Drug
Rite Aid Pharmacy
Ritzman Pharmacy
Rockbottom Pharmacy
Rogers Pharmacy
Ronci Family Disc. Drugs
Rosauers Pharmacy
RXD Pharmacy
RXExpress
Safeway, Inc.
Safeway Pharmacy
Sav-Mor Drug Store
Sav-On
Sav-Rx Pharmacy
Save Mart Pharmacy

Schnucks Pharmacy
Schwegmann
Scolari's Pharmacy
Sedano's Pharmacy
Shelly's Pharmacy
Shop'N Save Pharmacy (MO)
Shop Rite Pharmacy
Shopko Pharmacy
Smith's Food & Drug
Snyder Drug
Squire Drugs
Stadtlanders Pharmacy
Star Markets
Stop & Shop Pharmacy
Super D Drugs
Super Fresh Pharmacy
Super One Pharmacy
Super Sav-On Drugs

Supersaver Pharmacy
(Sentry)
Target Pharmacy
Texas Drug Warehouse
Texas Oncology Srvcs
The Clinic Pharmacy
The Pharm
(Foodtown, Custer)
Thrifty White Drug
Tidyman's Pharmacy
Tiffany's
Tom Thumb-Page Drug
Top Food & Drug
Tops Pharmacy (Vix)
Twin Knolls Pharmacy
Ukrop's Pharmacy
Uni-Care Health Svcs Inc
United Pharmacy
USA Drug

V.G.'s Pharmacy
Vix Pharmacy
Vons (Pavilions Pharmacy)
Wal-Mart Pharmacy
Waldbaums Pharmacy
Walgreen Drug Store
Wegman's Pharmacy
Weis Pharmacy
Welborn Clinic Pharmacy
Wender & Roberts, Inc
Wendt Bristol Pharmacies
Wilkinson Pharmacy Inc.
Winkelmann Sons Pharmacy
Winn Dixie Pharmacy
Women's Int'l Pharmacy
Woolworth (Rx Place)
Yoke's Pac'N Save Phcy

*Participating Pharmacies only
PROPRIETARY INFORMATION

In addition to these National Chains, most Independent Pharmacies participate in the ESI Network. To help you locate the nearest participating Pharmacy to your home or office, ESI provides an Interactive Voice Response (IVR) 800 Pharmacy Locator Helpline.  Please call **1-800-647-9135.**


Solid partners, flexible solutions℠

# EXPRESS SCRIPTS, INC. (ESI)
## National Participating Pharmacy Network
### June, 2000
## PARTICIPATING PHARMACY CHAINS

A & P Pharmacy

AARP Pharmacy Service

ABCO Pharmacy

ACME Pharmacy

Alaco Pharmacy

Albertsons Food & Drug

Allcare

Allen's Drugtown

American Associated
Druggists

American Drug Stores

American Pharmaceutical Svcs

Amerisource

Anchor Pharmacies, Inc.

Arbor Drugs

Arrow

Arthur Drug Store

Aurora Pharmacy

Barnes Drug Store

Bartell Drug

Bel Air Pharmacy

Bergen Brunswig Corporation

BI-LO Pharmacy/Red Food

BI-Mart Pharmacy

Big Bear Pharmacy (Harts)

Big Bear Plus Pharmacy

BJC Pharmacy Department

Bon Secours Pharmacy

Brookshire Brothers

Brookshire Grocery

Brown and Cole Stores

Brown Drug Company
(Drug Castle)

Bruno

Buy Wise Drugs

Capstone Pharmacy

CBC Professional Pharmacy

City Market

Cleveland Clinic Outpatient

Coborn's Inc.

Columbus Health Services

Consumers Pharmacy
(Price Rite) (MO)

Costco Pharmacy

CRX Pharmacy

CVS, Inc.

D & W

Dahl's

Davidson Drugs, Inc

Dayton Cub Foods Phcy

Delchamps Pharmacy

Dierbergs

Dillon Pharmacy

Discount Drug Mart

Diversified Services

Doc's Drugs

Dominick's Pharmacy

Downeast Pharmacy

Drug Emporium

Drug Fair

Drug Mart

Drug World

Duane Reade

Eagle Pharmacy

Eaton Apothecary

Eckerd Drugs (Thrift)

Edgehill Pharmacy

Emerald Drug Store

EPIC Pharmacy Network

Erickson's (More 4)

Fagen

Farmco

Farmer Jack Pharmacy

Fedco Pharmacy

Felpausch Pharmacy

Food City Pharmacy

Foodarama Supermarkets

Four Star Drug

Fred Meyer

Fred's Pharmacy

Freedom Drug

Friendly Hills Pharmacy

Fruth

Fry's

Fulton Pharmacy

Furr's Pharmacy

Gemmel

Genovese Drug Store

Gerland's Family Phcy

Giant (Maryland)

Giant Eagle, Inc.

Giant Foods, Inc.

Gollash Pharmacy

Gooding's Pharmacy

Grand Union Pharmacy

Greco Enterprises, Inc.

H.E.B. Pharmacy

Happy Harrys

Harmons Pharmacy

Harris Teeter Pharmacy

Hartig

Hi School Pharmacy

Hilton Court Phcy
Partnership

Homeland Pharmacy

Horizon Pharmacy

Horton & Converse Phcy

Hy-Vee Pharmacy

Kash N' Karry Pharmacy

Kelsey-Seybold Clinic

Keltsch Pharmacy

Kerr Drug Inc

Kessel Pharmacy

Keystone Pharmacy

Kiburz Drug

Kiest Park Pharmacy

King Kullen Pharmacy

King Soopers Pharmacy

Kinney

Klinck Drug Store

Klingensmith Drug Store

Kmart Pharmacy

Knight Drug

Kohll's Drug

Kopp Drug, Inc.

Kreisler Drug, Inc.

Kroger Pharmacy

Leader Drugstores

Legend Pharmacies

Lehman Drug Store

Lewis Drug, Inc.

Lincoln Pharmacy

Longs Drug Store

Lowe's

Lucas Pharmacy

Major Value Pharmacy
Network

Maple Drugs

Market Basket Pharmacy

Marsch Drugs

Maxi (Brooks) Drug, Inc.

Maxor Pharmacy

May's Drug Warehouse

Mcauley Pharmacy

Med-Rx Drug

Med-X Drug

Medic Discount Drug

Medic (Pill Box)

Medicap Pharmacy

Medicine Plus/Mt. Airy

Medicine Shoppe Phcy

Medistat Pharmacy

Meijer

Merrill's Drug Center

Minyard Pharmacy

Nash Finch
(Easter Foods, Econofoods)

National (Kare)

Nation's Medicines

Nationwide

Navarro Discount Pharmacy

NCS Health Care

Neighborcare

Nelson Drug

Network Pharmacy

Northeast Pharmacy Service

Olsten Health Services

Osco Drug

Owl Drug Stores, Inc.

P & C Food Market Phcy

Pamida Pharmacy

Park Nicollet Pharmacy

Parkview Health Services

Pathmark Pharmacy

Payless Drugs, Inc.

Phar-Mor

Pharmaceutical Services

Pharmacy Plus

Pillbox Drugs, Inc.

Price Chopper Pharmacy

Price Wise Pharmacy

Professional Village Phcy

Publix Pharmacy

Quality Markets Phcy

(continued on next page)

**FORTIS HEALTH**
501 West Michigan
P. O. Box 624
Milwaukee, WI 53201-0624
Telephone: (414) 271-3011

**FORTIS**
Solid partners, flexible solutions℠

# HOW YOUR PRESCRIPTION DRUG CARD PROGRAM WORKS

Your coverage for outpatient drugs is provided through Fortis Health's prescription drug card program, administered through Express Scripts (also known as ESI). The drug card is easy to use and may offer you savings each time you fill a covered prescription at a pharmacy participating in the ESI network!

## IMPORTANT FEATURES

- To receive maximum benefits, a prescription must be 1) prescribed by a licensed physician, 2) dispensed by a participating pharmacy, **and** 3) processed on the drug card.

- You must present your card at your local ESI pharmacy each time a prescription is filled.

- You pay the applicable copayment and applicable coinsurance per covered prescription for up to a one-month supply after your calendar year drug card deductible is satisfied. Some medications may have additional supply limits.

- No claim forms are needed when you use your drug card.

- A list of national participating pharmacies is enclosed in this package. To locate the participating pharmacies nearest you, call the pharmacy locator telephone number on your prescription drug card.

- A covered prescription must be Food and Drug Administration (FDA) approved (see your Drug Formulary information).

- **FDA-Approved Generic Drugs:** Fortis Health considers benefits for covered generic drugs after any applicable copayment, coinsurance and deductible.

- **Brand Name Drugs:** If an FDA-approved generic drug is not available, Fortis Health considers benefits for covered brand name drugs after any applicable deductible, applicable brand copayment and coinsurance. If a generic drug is available, but you or your physician choose a brand name, you will be responsible for the difference in cost, **in addition to other charges required by your plan.**

- Some plans may offer selected maintenance medications through mail order. If you have questions about mail order service, please call 1-800-553-7654

## HOW TO USE THE DRUG CARD

- You must present your card at your local ESI pharmacy each time a prescription is filled.

- Within seconds, the pharmacy transmits the prescription information to ESI. Any available prescription benefits are analyzed and a response is sent back to your pharmacist.

- Once you satisfy your calendar year deductible, you pay the applicable copayment and/or coinsurance specified in your plan.

- If you do not use the drug card at a participating pharmacy, a record of your expenses will not automatically be maintained by ESI. You must then submit your prescription charges with a prescription drug claim form, which may be obtained by calling Fortis Health's Customer Service at 1-800-553-7654. **Prescription claims that are mailed to ESI for processing are subject to the contracted rate and you may have usual and customary reductions in your benefits.**

- Outpatient prescription drug payments are not applied to your policy deductible, rate of payment or out-of-pocket maximum.

## SERVICES NOT COVERED

- Medications not covered under your Prescription Drug Card Program are listed in your insurance contract.

## FOR MORE INFORMATION, CONTACT:

**FORTIS HEALTH**
**CUSTOMER SERVICE**
**1-800-553-7654**
**1-414-271-3011 (Milwaukee)**

- If any information on your card is incorrect.

- If you need a prescription drug claim form

- If you have further questions.

**EXPRESS SCRIPTS**
**1-800-824-0898**
**Have your pharmacist call:**

- If your pharmacy would like to participate in the ESI national network.

- If your pharmacy will not accept your card.

## DRUG FORMULARY PROGRAM

Fortis Health is committed to helping its members reduce their prescription drug costs and has contracted with ESI to lead that effort. An exciting component of Fortis Health's prescription drug benefit is the ESI Drug Formulary Program, also known as a "Preferred Drug List."

For many people, the drug formulary program is a new concept. Listed below are some commonly asked questions and answers to help you better understand the Drug Formulary Program.

### What is the ESI Drug Formulary?

The ESI Drug Formulary (Preferred Drug List) is a list of prescription drugs recommended for use by physicians and pharmacists when prescribing and dispensing medications. The purpose of the Drug Formulary is to promote the use of cost-effective prescription medications when medically appropriate for Fortis Health members, and to help reduce your prescription drug costs.

### What prescription drugs are included on the ESI Drug Formulary?

The ESI Drug Formulary (Preferred Drug List) is an extensive list of commonly prescribed preferred drugs. This list is reviewed and updated regularly. Show the enclosed copy of the ESI Drug Formulary to your physician each time you or a family member have an appointment.

### What happens if a drug is prescribed that is on the ESI Drug Formulary?

Each participating pharmacist in the ESI National Network is notified of the drugs included on the ESI Drug Formulary (Preferred Drug List). If your prescription is for one of the drugs on the formulary, and the medication is a covered benefit, your prescription will be filled, and you will receive the prescription upon payment of your applicable copay and/or other charges as described in your contract.

### What happens if a drug is prescribed that is NOT listed on the ESI Drug Formulary?

Your pharmacist will call your physician and ask if a drug on the formulary may be prescribed and dispensed. If the physician agrees to change the prescription to a formulary medication, and the medication is a covered benefit, your prescription will be filled with the formulary drug.

If the physician still wants you to receive the non-formulary (non-preferred) drug, the pharmacist will fill the prescription with the non-formulary medication. You will be charged the applicable copay (non-formulary/non-preferred) for the nonformulary/non-preferred medication, and/or other charges as described in your contract.

Fortis Health is proud to be working with ESI to manage your prescription drug benefit program. Please contact Fortis Health's Customer Service at 1-800-553-7654 with any questions you may have regarding the Drug Formulary Program.

```
H M BEASLEY
424 W EUFAULA DR
EUFAULA AL  36072
```

Policy:  0050343438

 **FORTIS**

Solid partners, flexible solutions™

*Below are your new identification cards. Please take a moment to verify that the information on the cards is accurate. Carry this card with you, and, on the next visit to your medical provider, show this card so your insurance records can be updated.*

*If you have any questions about your new identification card or your medical policy, a Fortis Health Member Services Specialist will be glad to help you. Just call us at the 800 number listed on the upper left hand corner of the card.*

***Your policy is underwritten and issued by John Alden Life Insurance Company and administered by Fortis Insurance Company.***

H M BEASLEY
424 W EUFAULA DR
EUFAULA AL  36072

*Effective:*  July 01, 2002



---

**Fortis Insurance Company**
501 West Michigan - P.O. Box 624
Milwaukee, WI 53201-0624
1-800-553-7654

 **FORTIS**™

AUTHORIZATION REQUIRED, CALL 1-800-454-5105

H M Beasley
SSN      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
POLICY   50343438
PPO HOSPITAL / MD PLAN

Underwritten by John Alden Life Insurance Company

**PHCS**
PRIVATE HEALTHCARE SYSTEMS

• FOLD HERE •

To receive maximum medical benefits, authorization is required.  FAILURE TO CALL MAY RESULT IN REDUCED BENEFITS.  THIS CARD DOES NOT GUARANTEE COVERAGE OR BENEFITS.

For network provider information, contact PHCS at 1-800-922-4362 or go to www.phcs.com

Send your **electronic claims** to Fortis Insurance Company via **WebMD (ENVOY) - payor #39065**, or mail an assigned UB92 or HCFA 1500 to:

    Fortis Insurance Company
    P.O. Box 624
    Milwaukee, WI  53201-0624

## GROWTH HORMONES & RELATED AGENTS

GENOTROPIN (INJ)
HUMATROPE (INJ)
NORDITROPIN (INJ)
NUTROPIN, AQ (INJ)
NUTROPIN DEPOT (INJ)
PROTROPIN (INJ)
SAIZEN (INJ)

## MUSCULOSKELETAL AGENTS

### SALICYLATES AND RELATED DRUGS
diflunisal
salsalate
TRILISATE [G]

### NON-STEROIDAL ANTIINFLAMMATORY AGENTS
ARTHROTEC
DAYPRO [G]
etodolac
fenoprofen calcium
hydroxychloroquine
ibuprofen
ketoprofen
LODINE XL [G]
MOBIC
naproxen sodium
ORUVAIL [G]
RELAFEN [G]
sulindac
tolmetin sodium

### COX II INHIBITORS
CELEBREX
VIOXX

### CNS MUSCLE RELAXANTS
carisoprodol/asa
cyclobenzaprine
diazepam
orphenadrine/asa/caffeine
SKELAXIN

## NUTRITIONAL AGENTS

### VITAMINS/MINERALS & RELATED PRODUCTS
VITAMINS
PHOSLO
Vitamin K

PRENATAL VITAMINS
NOTE: All prescription prenatal vitamins are included in the formulary.
prenatal multivitimin/Fe/FA
PRENATE ADVANCE [G]

### MINERALS & ELECTROLYTES
FLUORIDE PRODUCTS
stannous fluoride
POTASSIUM SUPPLEMENTS
K-DUR
potassium bicarbonate/chloride
potassium gluconate

## HEMATOLOGICAL AGENTS

### ANTIPLATELET DRUGS
AGGRENOX
AGRYLIN
PLAVIX
TICLID [G]

### HEPARIN & HEPARIN ANTAGONISTS
LOVENOX
INNOHEP

## ENDOCRINE AND METABOLIC AGENTS

### INSULINS
HUMULIN
HUMALOG
LANTUS
NOVOLIN

### ORAL HYPOGLYCEMIC DRUGS
AMARYL
GLUCOPHAGE, XR
GLUCOTROL, -XL [G]
GLUCOVANCE
PRANDIN
PRECOSE
STARLIX

### INSULIN SENSITIZERS
ACTOS
AVANDIA

### GLUCOSE ELEVATING DRUGS
GLUCAGEN [G]
GLUCAGON (INJ)

### GLUCOCORTICOID DRUGS
dexamethasone
hydrocortisone
prednisone
PEDIAPRED
PRELONE [G]

### THYROID SUPPLEMENTS
SYNTHROID
UNITHROID

### OTHER ENDOCRINE DRUGS
ACTONEL
CYTADREN
DDAVP [G]
DIDRONEL
FOSAMAX
MIACALCIN

### SPECIALIZED OB/GYN DRUGS
SYNAREL

### OVULATORY STIMULANTS
CETROTIDE (INJ)
clomiphene citrate
FOLLISTIM (INJ)
GONAL F (INJ)
OVIDREL (INJ)
REPRONEX (INJ)

### ANDROGEN DRUGS
ANDRODERM
danazol
fluoxymesterone
methyltestosterone
TESTODERM TTS

### ESTROGEN DRUGS
ALORA [G]
CENESTIN
CLIMARA [G]
esterified estrogens
ESTINYL
ESTRACE [G]
ESTRADERM [G]
ESTRATAB [G]
ESTRATEST, -HS [G]
ESTRING
estropipate
MENEST [G]
PREMARIN
VAGIFEM
VIVELLE, -DOT [G]

### ESTROGEN/PROGESTIN COMBINATIONS
ACTIVELLA
COMBIPATCH
FEMHRT
ORTHO-PREFEST
PREMPHASE
PREMPRO

### SELECTIVE ESTROGEN RECEPTOR MODULATOR
EVISTA

## PROGESTINS
AYGESTIN [G]
medroxyprogesterone ace.
PROMETRIUM

## OXYTOCICS
METHERGINE
SYNTOCINON [G]

## OPHTHALMIC AGENTS

### OPHTHALMIC TOPICAL ANTIBACTERIAL AGENTS
CILOXAN
OCUFLOX
QUIXIN

### OPHTHALMIC CORTICOSTEROID DRUGS
ALREX
dexamethasone
dexamethasone sod. phos.
fluorometholone
FML FORTE OPHTH
HMS
LOTEMAX
PRED MILD
PRED-FORTE
VEXOL

### OPHTHALMIC ANTIINFECTIVE CORTICOSTEROIDS
FML-S
neomycin/polymyx/dexamethasone
POLY-PRED
PRED-G
TOBRADEX

### ANTIGLAUCOMA DRUGS
ALPHAGAN
AZOPT
BETIMOL [G]
BETOPTIC-S
carbachol
COSOPT
IOPIDINE 0.5%
LUMIGAN
OPTIPRANOLOL
P1E1, P2E1, P3E1, P4E1, P6E1
PHOSPHOLINE IODIDE
pilocarpine
PILOPINE HS
RESCULA
timolol
TIMOPTIC-XE [G]
TRAVATAN
TRUSOPT
XALATAN

### OTHER OPHTHALMIC DRUGS
acetazolamide
ACULAR, PF
ALOCRIL
ALOMIDE
atropine sulfate
DIAMOX, -SEQUELS [G]
diclofenac sodium
dipivefrin
E-PILO [G]
EMADINE
EPIFRIN [G]
flurbiprofen sodium
levobunolol
LIVOSTIN
methazolamide
naphazoline
NATACYN
OPTIVAR
PATANOL
sulfacetamide/sod. pred
trimethoprim/polymyxin b
VOLTAREN OPHTHALMIC
ZADITOR

## RESPIRATORY AGENTS

### BETA-2 ADRENERGIC DRUGS
albuterol
ALUPENT MDI [G]
FORADIL
MAXAIR, AUTOHALER
PROVENTIL HFA
PROVENTIL SA
SEREVENT, DISKUS
VOLMAX
XOPENEX

### METHYL XANTHINE DRUGS
CAFCIT SUSPENSION
T-PHYL [G]
theophylline
UNI-DUR [G]
UNIPHYL [G]

### OTHER DRUGS FOR ASTHMA
ADVAIR, -DISKUS
ATROVENT
BECLOVENT
COMBIVENT
DUONEB INH. SOLUTION
FLOVENT, -ROTADISK
INTAL
PULMICORT, RESPULES
QVAR
VANCERIL, -DS

### LEUKOTRIENE MODULATORS
ACCOLATE
SINGULAIR

### ANTIHISTAMINES
ALLEGRA
ASTELIN
CLARITIN
cyproheptadine
ZYRTEC

### ANTIHISTAMINE/DECONGESTANT COMBINATIONS
ALLEGRA-D
CLARITIN-D
RYNATAN
TRINALIN

### ANTITUSSIVE AND EXPECTORANT DRUGS
TUSSIONEX

## UROLOGICAL AGENTS

### ANTISPASMODICS/DRUGS AFFECTING GI MOTILITY
DITROPAN, XL [G]
hyoscyamine
NULEV

### ANTICHOLINERGIC/ANTISPASMODICS
DETROL, LA
oxybutynin chloride

### IMPOTENCE AGENTS
NOTE: The coverage of these agents is subject to the plan benefit design.
CAVERJECT
EDEX
MUSE
VIAGRA

### PROSTATIC HYPERTROPHY AGENTS
FLOMAX
PROSCAR

## WEIGHT LOSS AGENTS
NOTE: The coverage of these agents is subject to the plan benefit design.
MERIDIA
XENICAL

## DIAGNOSTIC AGENTS
NOTE: Diabetic supplies may not be included in the out-patient prescription drug benefit and will vary by patient.

### STRIPS
ACCU-CHEK ADVANTAGE TEST STRIPS
ACCU-CHEK COMFORT CURVE STRIPS
ACCU-CHEK EASY TEST STRIPS
ACCU-CHEK INSTANT TEST STRIPS
ACCU-CHEK SIMPLICITY TEST STRIPS
CHEM STRIP BG STRIPS
ONE TOUCH TEST STRIPS
TAKE TEST STRIPS
ONE TOUCH SURESTEP TEST STRIPS
ONE TOUCH TEST STRIPS
ONE TOUCH ULTRA TEST
PRECISION Q-I-D TEST
PRECISION XTRA TEST STRIPS
SOF-TACT TEST STRIPS
TRACER BG TEST

### KITS
ACCU-CHEK ADVANTAGE KIT
ACCU-CHEK COMPLETE CARE KIT
ACCU-CHEK INSTANT CARE KIT
CHEMSTRIP BG TEST KIT
ONE TOUCH BASIC SYSTEM
ONE TOUCH ULTRA SYSTEM
ONE TOUCH SURE STEP SYSTEM

### MACHINES
ACCU-CHEK EASY DIABETES KIT
ACCU-CHEK III DIABETES KIT
ONE TOUCH FAST MONITORING SYSTEM
ONE TOUCH II SYSTEM KIT
ONE TOUCH PROFILE SYSTEM KIT
ONE TOUCH SYSTEM KIT
PRECISION XTRA MONITOR
PRECISION Q-I-D MONITOR
SENSOR
PRECISION Q-I-D MONITOR
SOF-TACT MONITORING KIT

### NEEDLES
NOVOFINE
PRECISION SURE DOSE INSULIN SYRINGES

## EXAMPLES OF NON-FORMULARY MEDICATIONS WITH SELECTED FORMULARY ALTERNATIVES

The following is a list of some non-formulary brand medications with examples of selected alternatives that are on the formulary.

Column 1 lists examples of non-formulary medications. Column 2 lists some alternatives that can be prescribed.

Thank you for your compliance.

| Non-Formulary | Formulary |
|---|---|
| Aceon | Acupril,Altace,Lotensin,Mavik,Zestril |
| Aerobid / M | Azmacort,Beclovent,Flovent,Vanceril,Qvar |
| Alamast | Alocril,Alomide |
| Amoxil | amoxicillin |
| Avita | Retin-A |
| Chibroxin | Ciloxan,Ocuflox,Quixin |
| Cloderm | betamethasone,Aclovate,Cutivate |
| Compazine | prochlorperazine |
| Cordran | betamethasone,Aclovate,Cutivate |
| Cyclocort | betamethasone |
| Dipentum | Asacol,Colazal,Pentasa |
| Dynabac | erythromycin,Biaxin,Zithromax |
| Esclim | Alora,Climara,Estraderm,Vivelle/Dot |
| Exelderm | Generics,Nizoral,Spectazole |
| Fertinex | Follistim,Gonal-F |
| Flumadine | amantadine |
| Glucometer | Accu-Chek, OneTouch,Precision |
| Dex,Elite,Encore | |
| Helidac | Prevpac |
| Infergen | Intron-A,Roferon-A |
| Kadian | Generics,MS Contin,Oxycontin |
| Lamisil | Otc Lamisil |
| Levothroid | Synthroid,Unithroid |
| Levoxyl | Synthroid,Unithroid |
| Locoid | Aclovate,Cutivate,Elocon |
| Maxaquin | Avelox,Cipro,Floxin,Levaquin,Tequin |
| Naprelan | Naprosyn, naproxen |
| Nasalide | Beconase,Flonase,Nasarel,Nasacort,Nasonex,Rhinocort,Vancenase |
| Noroxin | Avelox,Cipro,Floxin,Levaquin,Tequin |
| Oramorph SR | MS Contin |
| Pandel | Aclovate,Cutivate,Temovate |
| PCE | erythromycin |
| Penetrex | Avelox,Cipro,Floxin,Levaquin,Tequin |
| Pergonal | Repronex |
| Procanbid | procainamide |
| Relenza | Tamiflu |
| Skelid | Actonel,Didronel,Fosamax |
| Tamoxifen | Nolvadex (Zeneca brand only) |
| Teczem | enalapril & diltiazem,Lotrel |
| Teveten | Diovan,Atacand,Avapro,Cozaar |
| Tornalate | albuterol,Maxair Auto,Proventil HFA |
| Tri-Nasal | Beconase,Flonase,Nasarel,Nasacort,Nasonex,Rhinocort,Vancenase |
| Trovan | Avelox,Cipro,Floxin,Levaquin,Tequin |
| Vantin | Augmentin,Ceftin,Cefzil,Omnicef |
| Zagam | Avelox,Cipro,Floxin,Levaquin,Tequin |
| Zyflo | Accolate,Singulair |

### KEY
The symbol [G] next to a drug name indicates that a generic is available for at least one or more strengths of the brand medication.

For the member: Generic medications contain the same active ingredients as their corresponding brand name medications, although they may look different in color or shape. They have been FDA-approved under strict standards.

For the physician: Please prescribe preferred products and allow generic substitutions when medically appropriate. Thank you.

Brand name drugs are listed in CAPITAL letters.

THIS DOCUMENT LIST IS EFFECTIVE JANUARY 1, 2002 THROUGH DECEMBER 31, 2002. THIS LIST IS SUBJECT TO CHANGE.
The symbol [G] next to a drug name signifies that a generic is available for at least one or more strengths of the brand medication. Most generics are usually available to you at the lowest copay.
You can get more information and updates to this document at our web site at www.express-scripts.com

WO OC                                                                                                                PRMT 21881 (09/01)

 **EXPRESS SCRIPTS®**

# 2002

# Express Scripts Expanded Formulary

Following is a list of the most commonly prescribed drugs. It represents an abbreviated version of the drug list (formulary) that's at the core of your pharmacy benefit plan. The list is not all-inclusive and does not guarantee coverage. In addition to using this list, you're encouraged to ask your doctor to prescribe generic drugs whenever appropriate.

**PLEASE NOTE:** Not all the drugs listed are covered by all pharmacy benefit programs, check your benefit materials for the specific drugs covered and the copay information for your pharmacy benefit program. For specific questions about your coverage, please call the phone number printed on your member ID card.

---

## TOPICAL ANESTHETICS

lidocaine HCl
LIDODERM

## ANTIINFECTIVE AGENTS

### CEPHALOSPORINS
CECLOR CD [G]
CEDAX
cefaclor
cefadroxil
CEFTIN
CEFZIL
cephalexin
LORABID
OMNICEF
SUPRAX

### CLINDAMYCINS
CLEOCIN [G]
clindamycin

### ERYTHROMYCINS
erythromycin base
erythromycin estolate
erythromycin ethylsuccinate
erythromycin stearate

### MACROLIDES
BIAXIN, XL
ZITHROMAX

### PENICILLINS
amoxicillin
ampicillin
AUGMENTIN
cloxacillin sodium
dicloxacillin sodium
penicillin V potassium

### SULFONAMIDES
erythromycin/sulfisoxazole
GANTRISIN SUSPENSION
sulfamethoxazole

### TETRACYCLINES
minocycline
tetracycline

### URINARY ANTIINFECTIVES
FURADANTIN SUSPENSION
MACROBID
nitrofurantoin macrocrystal
PRIMSOL
trimethoprim

### QUINOLONES
AVELOX
CIPRO
FLOXIN
LEVAQUIN
TEQUIN

### TOPICAL ANTIBACTERIAL DRUGS
BACTROBAN
gentamicin sulfate
silver sulfadiazine
sodium sulfacetamide

### ORAL ANTIFUNGAL DRUGS
DIFLUCAN
GRIFULVIN V [G]
griseofulvin
LAMISIL
MYCELEX
SPORANOX

---

### VAGINAL ANTIFUNGALS
clotrimazole
nystatin vaginal
sulfanilamide vaginal

### TOPICAL ANTIFUNGAL DRUGS
clotrimazole
LOPROX
MENTAX
MYCELEX
NAFTIN
NIZORAL (cream, shampoo)
OXISTAT
SPECTAZOLE

### TOPICAL ANTIFUNGAL & CORTICOSTEROID COMBINATIONS
LOTRISONE [G]

### ANTIMYCOBACTERIAL AGENTS
isoniazid
MYAMBUTOL [G]
MYCOBUTIN
pyrazinamide
RIMACTANE [G]

### ANTIVIRAL DRUGS
**NOTE:** All oral antiviral drugs for the treatment of HIV infection are covered.
acyclovir
FAMVIR
TAMIFLU
VALTREX

### TRICHOMONOCIDES
metronidazole (tablets/vials)

### ANTHELMINTICS
mebendazole
MINTEZOL
piperazine citrate

### AMINOGLYCOSIDES
gentamicin sulfate
neomycin

## ANTINEOPLASTIC IMMUNO-SUPPRESSANT AGENTS
**NOTE:** All oral medications in this class are included in the formulary.
CELLCEPT
CASODEX
EULEXIN
hydroxyurea
leucovorin calcium
megestrol acetate
methotrexate
NOLVADEX (Zeneca brand only)
TARGRETIN
thioguanine

## CARDIOVASCULAR AGENTS

### CALCIUM ANTAGONISTS
ADALAT CC [G]
CARDENE SR [G]
COVERA-HS [G]
DILACOR XR [G]
diltiazem
DYNACIRC, -CR
nifedipine
NIMOTOP

---

NORVASC
PLENDIL
PROCARDIA XL [G]
SULAR
TIAZAC [G]
verapamil
VERELAN, -PM [G]

### DIURETICS
chlorthalidone
DEMADEX
furosemide
indapamide
spironolactone
spironolactone/HCTZ
triamterene/HCTZ
ZAROXOLYN

### BETA-ADRENERGIC ANTAGONIST DRUGS
acebutolol
atenolol
metoprolol tartrate
TOPROL XL
ZEBETA [G]

### VASODILATOR ANTIHYPERTENSIVES
CARDURA [G]
doxazosin
HYTRIN [G]
MINIPRESS [G]
terazosin

### ANTIHYPERTENSIVES CENTRALLY ACTING
CATAPRES, -TTS [G]
clonidine
guanfacine
methyldopa
WYTENSIN [G]

### ANGIOTENSIN CONVERTING ENZYME INHIBITORS
ACCUPRIL
ALTACE
captopril
enalapril
LOTENSIN
MAVIK
MONOPRIL
PRINIVIL
UNIVASC
ZESTRIL

### ANGIOTENSIN II RECEPTOR ANTAGONISTS & COMBINATIONS
ATACAND
ATACAND HCT
AVALIDE
AVAPRO
COZAAR
DIOVAN
DIOVAN HCT
HYZAAR
MICARDIS
MICARDIS HCT

### OTHER ANTIHYPERTENSIVES
ACCURETIC
atenolol/chlorthalidone
LEXXEL
LOTENSIN HCT
LOTREL
MONOPRIL HCT
PRINZIDE
propranolol/HCTZ
TARKA
UNIRETIC
ZESTORETIC
ZIAC [G]

---

### NITRATES
DILATRATE SR
isosorbide dinitrate

### ANTIDYSRHYTHMIC DRUGS
**CLASS IA**
disopyramide phosphate
ETHMOZINE
NORPACE, CR [G]
quinidine gluconate
quinidine sulfate
procainamide
**CLASS IB**
mexiletine
TONOCARD
**CLASS IC**
TAMBOCOR (tablets)

### AMIODARONES
CORDARONE [G]

### OTHER ANTIARRHYTHMICS
BETAPACE, -AF [G]
TIKOSYN

### ANTILIPIDEMIC DRUGS
cholestyramine
gemfibrozil
LESCOL, -XL
LIPITOR
MEVACOR
NIASPAN
PRAVACHOL
WELCHOL
ZOCOR

## CENTRAL NERVOUS SYSTEM AGENTS

### NARCOTIC ANALGESICS
apap/codeine
apap/hydrocodone
asa/codeine
butalbital/asa/caff/codeine
codeine sulfate
DURAGESIC
hydromorphone
morphine sulfate
MAXIDONE [G]
MS CONTIN [G]
MSIR [G]
NORCO [G]
oxycodone/asa
OXYCONTIN
OXYIR [G]
pentazocine/naloxone
propoxyphene napsylate
VICOPROFEN

### DRUGS TO PREVENT & TREAT HEADACHE
AMERGE
AXERT
BELLERGAL S [G]
ergotamine tartrate
MIDRIN [G]
IMITREX
MAXALT, MLT
MIGRANAL
ZOMIG, ZMT

### ANXIOLYTICS
alprazolam
BUSPAR [G]
chlordiazepoxide
diazepam
hydroxyzine
lorazepam
oxazepam

---

### SEDATIVE/HYPNOTICS
AMBIEN
SONATA
temazepam
triazolam

### ANTIMANIA DRUGS
lithium carbonate
lithium citrate
LITHOBID

### ANTICONVULSANTS
carbamazepine
CELONTIN
DEPAKOTE
DIASTAT
FELBATOL
GABITRIL
KEPPRA
LAMICTAL
NEURONTIN
PARADIONE
PEGANONE
phenobarbital
PHENURONE
phenytoin sodium
primidone
TEGRETOL, -XR [G]
TOPAMAX
valproate sodium
valproic acid
ZARONTIN [G]
ZONEGRAN

### ANTIDEPRESSANTS
**SELECTIVE SEROTONIN REUPTAKE INHIBITORS**
CELEXA
fluvoxamine
fluoxetine
LUVOX [G]
PAXIL
PROZAC WEEKLY [G]
SARAFEM [G]
ZOLOFT
**OTHER ANTIDEPRESSANTS**
EFFEXOR, -XR
maprotiline
REMERON, -SOLTAB
SERZONE
trazodone
WELLBUTRIN SR

### ANTIVERTIGO & ANTIEMETIC DRUGS
ANZEMET
KYTRIL
PHENERGAN SUPPOSITORIES [G]
prochlorperazine
trimethobenzamide
ZOFRAN

### ANTIPARKINSON ANTICHOLINERGIC DRUGS
amantadine
carbidopa/levodopa
COMTAN
levodopa
LODOSYN
MIRAPEX
PARLODEL [G]
PERMAX
REQUIP
selegiline

### ANTIPSYCHOTIC DRUGS
chlorpromazine
CLOZARIL [G]
fluphenazine
GEODON
haloperidol
loxapine succinate
MELLARIL, -S [G]
MOBAN
perphenazine
RISPERDAL
SERENTIL

---

SEROQUEL
thioridazine
thiothixene
ZYPREXA

### CNS STIMULANTS
ADDERALL
CONCERTA
DEXEDRINE [G]
METADATE ER, -CD
methylphenidate
pemoline

### OTHER CNS/AUTONOMIC DRUGS
ARICEPT
COPAXONE
disulfiram
EXELON
REVIA [G]

## TOPICAL AGENTS

### TOPICAL CORTICOSTEROIDS
ACLOVATE
betamethasone dipropionate
betamethasone valerate
CUTIVATE
desonide
DIPROLENE, -AF Cream [G]
ELOCON
fluocinolone acetonide
fluocinonide
hydrocortisone
hydrocortisone valerate
MAXIVATE [G]
PSORCON E [G]
TEMOVATE [G]
TOPICORT [G]
triamcinolone acetonide
ULTRAVATE

### ANTIACNE DRUGS
AVITA [G]
AZELEX [G]
BENZAMYCIN
DIFFERIN
erythromycin
METROCREAM
METROGEL
METRO LOTION
NORITATE
NOVACET [G]
PLEXION, -TS
RETIN-A, -MICRO [G]
SULFACET-R [G]

### KERATOLYTIC DRUGS
CONDYLOX

### ANTIPSORIASIS & ANTIECZEMA DRUGS
DOVONEX
DRITHOCREME
DRITHO-SCALP
KLARON
TAZORAC

### TOPICAL DERMATOLOGICAL DRUGS
atropine sulfate
EFUDEX
epiflam
fluoroplex
LAC-HYDRIN [G]
LUSTRA, -AF [G]
neomycin/hc acetate
PROTOPIC
REGRANEX
selenium sulfide
sulfacetamide sod/sulphur

---

### SCABICIDES
EURAX
lindane

### DRUGS AFFECTING THE EAR
CERUMENEX
CIPRO HC
FLOXIN OTIC
neomycin/polymyxin/hc
TYMPAGESIC [G]

### DRUGS AFFECTING THE NOSE
ASTELIN
BECONASE, -AQ
FLONASE
NASACORT, -AQ
NASAREL
NASONEX
RHINOCORT, AQUA
VANCENASE, -AQ, -AQ DS

### DRUGS AFFECTING THE THROAT AND MOUTH
MYCELEX TROCHE
SALAGEN
triamcinolone acetonide

## GASTROINTESTINAL AGENTS

### ANTIULCER DRUGS
AXID
belladonna alks/phenobarb
dicyclomine
famotidine
hyoscyamine sulfate
PEPCID, -RPD [G]
ranitidine

### OTHER ANTIULCER DRUGS
CYTOTEC
sucralfate

### PROTON PUMP INHIBITORS
ACIPHEX
NEXIUM
PREVACID
PRILOSEC
PROTONIX

### H.pylori AGENTS
PREVPAC

### OTHER GI AGENTS
ASACOL
AZULFIDINE EN-TAB
COLAZAL
COLYTE [G]
CORTIFOAM
COTAZYM, -S
CREON [G]
GOLYTELY [G]
hydrocortisone
hydrocortisone/pramoxine
NULYTELY [G]
pramoxine
PROCTOCREAM-HC [G]
PROCTOFOAM-HC
PENTASA
sulfasalazine
ZYMASE

### INTERFERONS
AVONEX (INJ)
BETASERON (INJ)
PEG-INTRON (INJ)
INTRON-A (INJ)
REBETRON (INJ)
ROFERON-A (INJ)

CONTINUED

THIS DOCUMENT LIST IS EFFECTIVE JANUARY 1, 2002 THROUGH DECEMBER 31, 2002. THIS LIST IS SUBJECT TO CHANGE.
The symbol [G] next to a drug name signifies that a generic is available for at least one or more strengths of the brand medication. Most generics are usually available at the lowest copay.
You can get more information and updates to this document at our web site at www.express-scripts.com
W/O OC                                                                                                    PRMT 21881 (09/01)

 **EXPRESS SCRIPTS®**

# 2002

# Express Scripts Expanded Formulary

Following is a list of the most commonly prescribed drugs. It represents an abbreviated version of the drug list (formulary) that's at the core of your pharmacy benefit plan. The list is not all-inclusive and does not guarantee coverage. In addition to using this list, you're encouraged to ask your doctor to prescribe generic drugs whenever appropriate.

**PLEASE NOTE:** Not all the drugs listed are covered by all pharmacy benefit programs, check your benefit materials for the specific drugs covered and the copay information for your pharmacy benefit program. For specific questions about your coverage, please call the phone number printed on your member ID card.

## TOPICAL ANESTHETICS

lidocaine HCl
LIDODERM

## ANTIINFECTIVE AGENTS

### CEPHALOSPORINS

CECLOR CD [G]
CEDAX
cefaclor
cefadroxil
CEFTIN
CEFZIL
cephalexin
LORABID
OMNICEF
SUPRAX

### CLINDAMYCINS

CLEOCIN [G]
clindamycin

### ERYTHROMYCINS

erythromycin base
erythromycin estolate
erythromycin
   ethylsuccinate
erythromycin stearate

### MACROLIDES

BIAXIN, XL
ZITHROMAX

### PENICILLINS

amoxicillin
ampicillin
AUGMENTIN
cloxacillin sodium
dicloxacillin sodium
penicillin V potassium

### SULFONAMIDES

erythromycin/sulfisoxazole
GANTRISIN SUSPENSION
sulfamethoxazole

### TETRACYCLINES

minocycline
tetracycline

### URINARY ANTIINFECTIVES

FURADANTIN
   SUSPENSION
MACROBID
nitrofurantoin macrocrystal
PRIMSOL
trimethoprim

### QUINOLONES

AVELOX
CIPRO
FLOXIN
LEVAQUIN
TEQUIN

### TOPICAL ANTIBACTERIAL DRUGS

BACTROBAN
gentamicin sulfate
silver sulfadiazine
sodium sulfacetamide

### ORAL ANTIFUNGAL DRUGS

DIFLUCAN
GRIFULVIN V [G]
griseofulvin
LAMISIL
MYCELEX
SPORANOX

### VAGINAL ANTIFUNGALS

clotrimazole
nystatin vaginal
sulfanilamide vaginal

### TOPICAL ANTIFUNGAL DRUGS

clotrimazole
LOPROX
MENTAX
MYCELEX
NAFTIN
NIZORAL (cream, shampoo)
OXISTAT
SPECTAZOLE

### TOPICAL ANTIFUNGAL & CORTICOSTEROID COMBINATIONS

LOTRISONE [G]

### ANTIMYCOBACTERIAL AGENTS

isoniazid
MYAMBUTOL [G]
MYCOBUTIN
pyrazinamide
RIMACTANE [G]

### ANTIVIRAL DRUGS

**NOTE:** All oral antiviral drugs for the treatment of HIV infection are covered.

acyclovir
FAMVIR
TAMIFLU
VALTREX

### TRICHOMONOCIDES

metronidazole
   (tablets/vials)

### ANTHELMINTICS

mebendazole
MINTEZOL
piperazine citrate

### AMINOGLYCOSIDES

gentamicin sulfate
neomycin

## ANTINEOPLASTIC IMMUNO-SUPPRESSANT AGENTS

**NOTE:** All oral medications in this class are included in the formulary.

CELLCEPT
CASODEX
EULEXIN
hydroxyurea
leucovorin calcium
megestrol acetate
methotrexate
NOLVADEX
   (Zeneca brand only)
TARGRETIN
thioguanine

## CARDIOVASCULAR AGENTS

### CALCIUM ANTAGONISTS

ADALAT CC [G]
CARDENE SR [G]
COVERA-HS [G]
DILACOR XR [G]
diltiazem
DYNACIRC, -CR
nifedipine
NIMOTOP

NORVASC
PLENDIL
PROCARDIA XL [G]
SULAR
TIAZAC [G]
verapamil
VERELAN, -PM [G]

### DIURETICS

chlorthalidone
DEMADEX
furosemide
indapamide
spironolactone
spironolactone/HCTZ
triamterene/HCTZ
ZAROXOLYN

### BETA-ADRENERGIC ANTAGONIST DRUGS

acebutolol
atenolol
metoprolol tartrate
TOPROL XL
ZEBETA [G]

### VASODILATOR ANTIHYPERTENSIVES

CARDURA [G]
doxazosin
HYTRIN [G]
MINIPRESS [G]
terazosin

### ANTIHYPERTENSIVES CENTRALLY ACTING

CATAPRES, -TTS [G]
clonidine
guanfacine
methyldopa
WYTENSIN [G]

### ANGIOTENSIN CONVERTING ENZYME INHIBITORS

ACCUPRIL
ALTACE
captopril
enalapril
LOTENSIN
MAVIK
MONOPRIL
PRINIVIL
UNIVASC
ZESTRIL

### ANGIOTENSIN II RECEPTOR ANTAGONISTS & COMBINATIONS

ATACAND
ATACAND HCT
AVALIDE
AVAPRO
COZAAR
DIOVAN
DIOVAN HCT
HYZAAR
MICARDIS
MICARDIS HCT

### OTHER ANTIHYPERTENSIVES

ACCURETIC
atenolol/chlorthalidone
LEXXEL
LOTENSIN HCT
LOTREL
MONOPRIL HCT
PRINZIDE
propranolol/HCTZ
TARKA
UNIRETIC
ZESTORETIC
ZIAC [G]

### NITRATES

DILATRATE SR
isosorbide dinitrate

### ANTIDYSRHYTHMIC DRUGS

**CLASS 1A**
disopyramide phosphate
ETHMOZINE
NORPACE, CR [G]
quinidine gluconate
quinidine sulfate
procainamide

**CLASS 1B**
mexiletine
TONOCARD

**CLASS 1C**
TAMBOCOR (tablets)

### AMIODARONES

CORDARONE [G]

### OTHER ANTIARRHYTHMICS

BETAPACE, -AF [G]
TIKOSYN

### ANTILIPIDEMIC DRUGS

cholestyramine
gemfibrozil
LESCOL, -XL
LIPITOR
MEVACOR
NIASPAN
PRAVACHOL
WELCHOL
ZOCOR

## CENTRAL NERVOUS SYSTEM AGENTS

### NARCOTIC ANALGESICS

apap/codeine
apap/hydrocodone
asa/codeine
butalbital/asa/caff/codeine
codeine sulfate
DURAGESIC
hydromorphone
morphine sulfate
MAXIDONE [G]
MS CONTIN [G]
MSIR [G]
NORCO [G]
oxycodone/asa
OXYCONTIN
OXYIR [G]
pentazocine/naloxone
propoxyphene napsylate
VICOPROFEN

### DRUGS TO PREVENT & TREAT HEADACHE

AMERGE
AXERT
BELLERGAL S [G]
ergotamine tartrate
MIDRIN [G]
IMITREX
MAXALT, MLT
MIGRANAL
ZOMIG, ZMT

### ANXIOLYTICS

alprazolam
BUSPAR [G]
chlordiazepoxide
diazepam
hydroxyzine
MELLARIL, -S [G]
lorazepam
oxazepam

### SEDATIVE/HYPNOTICS

AMBIEN
SONATA
temazepam
triazolam

### ANTIMANIA DRUGS

lithium carbonate
lithium citrate
LITHOBID

### ANTICONVULSANTS

carbamazepine
CELONTIN
DEPAKOTE
DIASTAT
FELBATOL
GABITRIL
KEPPRA
LAMICTAL
NEURONTIN
PARADIONE
PEGANONE
phenobarbital
PHENURONE
phenytoin sodium
primidone
TEGRETOL, -XR [G]
TOPAMAX
valproate sodium
valproic acid
ZAPONTIN [G]
ZONEGRAN

### ANTIDEPRESSANTS

**SELECTIVE SEROTONIN REUPTAKE INHIBITORS**
CELEXA
fluvoxamine
fluoxetine
LUVOX [G]
PAXIL
PROZAC WEEKLY [G]
SARAFEM [G]
ZOLOFT

**OTHER**
EFFEXOR, -XR
maprotiline
REMERON, -SOLTAB
SERZONE
trazodone
WELLBUTRIN SR

### ANTIVERTIGO & ANTIEMETIC DRUGS

ANZEMET
KYTRIL
PHENERGAN
   SUPPOSITORIES [G]
prochlorperazine
trimethobenzamide
ZOFRAN

### ANTIPARKINSON ANTICHOLINERGIC DRUGS

amantadine
carbidopa/levodopa
COMTAN
levodopa
LODOSYN
MIRAPEX
PARLODEL [G]
PERMAX
REQUIP
selegiline

### ANTIPSYCHOTIC DRUGS

chlorpromazine
CLOZARIL [G]
fluphenazine
GEODON
haloperidol
loxapine succinate
MELLARIL, -S [G]
MOBAN
perphenazine
RISPERDAL
SERENTIL

SEROQUEL
thioridazine
thiothixene
ZYPREXA

### CNS STIMULANTS

ADDERALL
CONCERTA
DEXEDRINE [G]
METADATE ER, -CD
methylphenidate
pemoline

### OTHER CNS/ AUTONOMIC DRUGS

ARICEPT
COPAXONE
disulfiram
EXELON
REVIA [G]

## TOPICAL AGENTS

### TOPICAL CORTICOSTEROIDS

ACLOVATE
betamethasone
   dipropionate
betamethasone valerate
CUTIVATE
desonide
DIPROLENE,
   -AF Cream [G]
ELOCON
fluocinolone acetonide
fluocinonide
hydrocortisone
hydrocortisone valerate
MAXIVATE [G]
PSORCON E [G]
TEMOVATE [G]
TOPICORT [G]
triamcinolone acetonide
ULTRAVATE

### ANTIACNE DRUGS

AVITA [G]
AZELEX [G]
BENZAMYCIN
DIFFERIN
erythromycin
METROCREAM
METROGEL
METROLOTION
NORITATE
NOVACET [G]
PLEXION, -TS
RETIN-A, -MICRO [G]
SULFACET-R [G]

### KERATOLYTIC DRUGS

CONDYLOX

### ANTIPSORIASIS & ANTIECZEMA DRUGS

DOVONEX
DRITHOCREME
DRITHO-SCALP
KLARON
TAZORAC

### TOPICAL DERMATOLOGICAL DRUGS

atropine sulfate
EFUDEX
epifoam
fluoroplex
LAC-HYDRIN [G]
LUSTRA, -AF [G]
neomycin/hc acetate
PROTOPIC
REGRANEX
selenium sulfide
sulfacetamide sod/sulphur

### SCABICIDES

EURAX
lindane

### DRUGS AFFECTING THE EAR

CERUMENEX
CIPRO HC
FLOXIN OTIC
neomycin/polymyxin/hc
TYMPAGESIC [G]

### DRUGS AFFECTING THE NOSE

ASTELIN
BECONASE, -AQ
FLONASE
NASACORT, -AQ
NASAREL
NASONEX
RHINOCORT, AQUA
VANCENASE,
   -AQ, -AQ DS

### DRUGS AFFECTING THE THROAT AND MOUTH

MYCELEX TROCHE
SALAGEN
triamcinolone acetonide

## GASTROINTESTINAL AGENTS

### ANTIULCER DRUGS

AXID
belladonna alks/phenobarb
dicyclomine
famotidine
hyoscyamine sulfate
PEPCID, -RPD [G]
ranitidine

### OTHER ANTIULCER DRUGS

CYTOTEC
sucralfate

### PROTON PUMP INHIBITORS

ACIPHEX
NEXIUM
PREVACID
PRILOSEC
PROTONIX

### H.pylori AGENTS

PREVPAC

### OTHER GI AGENTS

ASACOL
AZULFIDINE EN-TAB
COLAZAL
COLYTE [G]
CORTIFOAM
COTAZYM, -S
CREON [G]
GOLYTELY [G]
hydrocortisone
hydrocortisone/pramoxine
NULYTELY [G]
pramoxine
PROCTOCREAM-HC [G]
PROCTOFOAM-HC
PENTASA
sulfasalazine
ZYMASE

## INTERFERONS

AVONEX (INJ)
BETASERON (INJ)
PEG-INTRON (INJ)
INTRON-A (INJ)
REBETRON (INJ)
ROFERON-A (INJ)

**CONTINUED**

THIS DOCUMENT LIST IS EFFECTIVE JANUARY 1, 2002 THROUGH DECEMBER 31, 2002. THIS LIST IS SUBJECT TO CHANGE.
The symbol [G] next to a drug name signifies that a generic is available for at least one or more strengths of the brand medication. Most generics are usually available at the lowest copay.
You can get more information and updates to this document at our web site at www.express-scripts.com

WO-CC                                                                                                                                      PRMT 21881 (09/01)

## GROWTH HORMONES & RELATED AGENTS

GENOTROPIN (INJ)
HUMATROPE (INJ)
NORDITROPIN (INJ)
NUTROPIN, AQ (INJ)
NUTROPIN DEPOT (INJ)
PROTROPIN (INJ)
SAIZEN (INJ)

## MUSCULOSKELETAL AGENTS

### SALICYLATES AND RELATED DRUGS
diflunisal
salsalate
TRILISATE [G]

### NON-STEROIDAL ANTIINFLAMMATORY AGENTS
ARTHROTEC
DAYPRO [G]
etodolac
fenoprofen calcium
hydroxychloroquine
ibuprofen
ketoprofen
LODINE XL [G]
MOBIC
naproxen sodium
ORUVAIL [G]
RELAFEN [G]
sulindac
tolmetin sodium

### COX II INHIBITORS
CELEBREX
VIOXX

### CNS MUSCLE RELAXANTS
carisoprodol/asa
cyclobenzaprine
diazepam
orphenadrine/asa/caffeine
SKELAXIN

## NUTRITIONAL AGENTS

### VITAMINS/MINERALS & RELATED PRODUCTS
VITAMINS
PHOSLO
Vitamin K
PRENATAL VITAMINS
NOTE: All prescription prenatal vitamins are included in the formulary.
prenatal multivitmin/Fe/FA
PRENATE ADVANCE [G]

### MINERALS & ELECTROLYTES
FLUORIDE PRODUCTS
stannous fluoride
POTASSIUM SUPPLEMENTS
K-DUR
potassium bicarbonate/chloride
potassium gluconate

## HEMATOLOGICAL AGENTS

### ANTIPLATELET DRUGS
AGGRENOX
AGRYLIN
PLAVIX
TICLID [G]

### HEPARIN & HEPARIN ANTAGONISTS
LOVENOX
INNOHEP

## ENDOCRINE AND METABOLIC AGENTS

### INSULINS
HUMULIN
HUMALOG
LANTUS
NOVOLIN

### ORAL HYPOGLYCEMIC DRUGS
AMARYL
GLUCOPHAGE, XR
GLUCOTROL, -XL [G]
GLUCOVANCE
PRANDIN
PRECOSE
STARLIX

### INSULIN SENSITIZERS
ACTOS
AVANDIA

### GLUCOSE ELEVATING DRUGS
GLUCAGEN [G]
GLUCAGON (INJ)

### GLUCOCORTICOID DRUGS
dexamethasone
hydrocortisone
prednisone
PEDIAPRED
PRELONE [G]

### THYROID SUPPLEMENTS
SYNTHROID
UNITHROID

### OTHER ENDOCRINE DRUGS
ACTONEL
CYTADREN
DDAVP [G]
DIDRONEL
FOSAMAX
MIACALCIN

### SPECIALIZED OB/GYN DRUGS
SYNAREL

### OVULATORY STIMULANTS
CETROTIDE (INJ)
clomiphene citrate
FOLLISTIM (INJ)
GONAL-F (INJ)
OVIDREL (INJ)
REPRONEX (INJ)

### ANDROGEN DRUGS
ANDRODERM
danazol
fluoxymesterone
methyltestosterone
TESTODERM TTS

### ESTROGEN DRUGS
ALORA [G]
CENESTIN
CLIMARA [G]
esterified estrogens
ESTINYL
ESTRACE [G]
ESTRADERM [G]
ESTRATAB [G]
ESTRATEST, -HS [G]
ESTRING
esteropipate
MENEST [G]
PREMARIN
VAGIFEM
VIVELLE, -DOT [G]

### ESTROGEN/PROGESTIN COMBINATIONS
ACTIVELLA
COMBIPATCH
FEMHRT
ORTHO-PREFEST
PREMPHASE
PREMPRO

### SELECTIVE ESTROGEN RECEPTOR MODULATOR
EVISTA

## PROGESTINS
AGYESTIN [G]
medroxyprogesterone ace.
PROMETRIUM

## OXYTOCICS
METHERGINE
SYNTOCINON [G]

## OPHTHALMIC AGENTS

### OPHTHALMIC TOPICAL ANTIBACTERIAL AGENTS
CILOXAN
OCUFLOX
QUIXIN

### OPHTHALMIC CORTICOSTEROID DRUGS
ALREX
dexamethasone
dexamethasone sod. phos.
fluoromethalone
FML FORTE OPHTH
HMS
LOTEMAX
PRED MILD
PRED-FORTE
VEXOL

### OPHTHALMIC ANTIINFECTIVE CORTICOSTEROIDS
FML-S
neomycin/polymyl/dexamethasone
POLY-PRED
PRED-G
TOBRADEX

### ANTIGLAUCOMA DRUGS
ALPHAGAN
AZOPT
BETIMOL [G]
BETOPTIC-S
carbachol
COSOPT
IOPIDINE 0.5%
LUMIGAN
OPTIPRANOLOL
P1E1, P2E1, P3E1, P4E1, P6E1
PHOSPHOLINE IODIDE
pilocarpine
PILOPINE HS
RESCULA
timolol
TIMOPTIC-XE [G]
TRAVATAN
TRUSOPT
XALATAN

### OTHER OPHTHALMIC DRUGS
acetazolamide
ACULAR, PF
ALOCRIL
ALOMIDE
atropine sulfate
DIAMOX, -SEQUELS [G]
diclofenac sodium
dipivefrin
E-PILO [G]
EMADINE
EPIFRIN [G]
flurbiprofen sodium
levobunolol
LIVOSTIN
methazolamide
naphazoline
NATACYN
OPTIVAR
PATANOL
sulfacetamide/sod. pred
trimethoprim/polymyxin b
VOLTAREN OPHTHALMIC
ZADITOR

## RESPIRATORY AGENTS

### BETA-2 ADRENERGIC DRUGS
albuterol
ALUPENT MDI [G]
FORADIL
MAXAIR, AUTOHALER
PROVENTIL HFA
PROVENTIL SA
SEREVENT, DISKUS
VOLMAX
XOPENEX

### METHYL XANTHINE DRUGS
CAFCIT SUSPENSION
T-PHYL [G]
theophylline
UNI-DUR [G]
UNIPHYL [G]

### OTHER DRUGS FOR ASTHMA
ADVAIR, -DISKUS
ATROVENT
AZMACORT
BECLOVENT
COMBIVENT
DUONEB INH. SOLUTION
FLOVENT, -ROTADISK
INTAL
PULMICORT, RESPULES
QVAR
VANCERIL, DS

### LEUKOTRIENE MODULATORS
ACCOLATE
SINGULAIR

### ANTIHISTAMINES
ALLEGRA
ASTELIN
CLARITIN
cyproheptadine
ZYRTEC

### ANTIHISTAMINE/DECONGESTANT COMBINATIONS
ALLEGRA-D
CLARITIN-D
RYNATAN
TRINALIN

### ANTITUSSIVE AND EXPECTORANT DRUGS
TUSSIONEX

## UROLOGICAL AGENTS

### ANTISPASMODICS/DRUGS AFFECTING GI MOTILITY
DITROPAN, XL [G]
hyoscyamine
NULEV

### ANTICHOLINERGIC/ ANTISPASMODICS
DETROL, LA
oxybutynin chloride

### IMPOTENCE AGENTS
NOTE: The coverage of these agents is subject to the plan benefit design.
CAVERJECT
EDEX
MUSE
VIAGRA

### PROSTATIC HYPERTROPHY AGENTS
FLOMAX
PROSCAR

## WEIGHT LOSS AGENTS
NOTE: The coverage of these agents is subject to the plan benefit design.
MERIDIA
XENICAL

## DIAGNOSTIC AGENTS
NOTE: Diabetic supplies may not be included in the out-patient prescription drug benefit and will vary by patient.

### STRIPS
ACCU-CHEK ADVANTAGE TEST STRIPS
ACCU-CHEK COMFORT CURVE STRIPS
ACCU-CHEK EASY TEST STRIPS
ACCU-CHEK INSTANT TEST STRIPS
ACCU-CHEK SIMPLICITY TEST STRIPS
ALREX
CHEM STRIP BG STRIPS
ONE TOUCH FAST TAKE TEST STRIPS
ONE TOUCH SURESTEP TEST STRIPS
ONE TOUCH TEST STRIPS
ONE TOUCH ULTRA TEST
PRECISION Q-I-D TEST
PRECISION XTRA
TEST STRIPS
SOF-TACT TEST STRIPS
TRACER BG TEST

### KITS
ACCU-CHEK ADVANTAGE KIT
ACCU-CHEK COMPLETE CARE KIT
ACCU-CHEK INSTANT CARE KIT
CHEMSTRIP BG TEST KIT
ONE TOUCH BASIC SYSTEM
ONE TOUCH ULTRA SYSTEM
ONE TOUCH SURE STEP SYSTEM

### MACHINES
ACCU-CHEK EASY DIABETES KIT
ACCU-CHEK III DIABETES KIT
ONE TOUCH FAST MONITORING SYSTEM
ONE TOUCH II SYSTEM KIT
ONE TOUCH PROFILE SYSTEM KIT
ONE TOUCH SYSTEM KIT
PRECISION XTRA MONITOR
PRECISION Q-I-D SENSOR
PRECISION Q-I-D MONITOR
SOF-TACT MONITORING KIT

### NEEDLES
NOVOFINE
PRECISION SURE DOSE INSULIN SYRINGES

## EXAMPLES OF NON-FORMULARY MEDICATIONS WITH SELECTED FORMULARY ALTERNATIVES

The following is a list of some non-formulary, brand medications with examples of selected alternatives that are on the formulary.

Column 1 lists examples of non-formulary medications. Column 2 lists some alternatives that can be prescribed.

Thank you for your compliance.

| Non-Formulary | Formulary |
|---|---|
| Aceon | Acupril, Altace, Lotensin, Mavik, Zestril |
| Aerobid / M | Azmacort, Beclovent, Flovent, Vanceril, Qvar |
| Alamast | Alocril, Alomide |
| Amoxil | amoxicillin |
| Avita | Retin-A |
| Chibroxin | Ciloxan, Ocuflox, Quixin |
| Cloderm | betamethasone, Aclovate, Cutivate |
| Compazine | prochlorperazine |
| Cordran | betamethasone, Aclovate, Cutivate |
| Cyclocort | betamethasone |
| Dipentum | Asacol, Colazal, Pentasa |
| Dynabac | erythromycin, Biaxin, Zithromax |
| Esclim | Alora, Climara, Estraderm, Vivelle/Dot |
| Exelderm | Generics, Nizoral, Spectazole |
| Fertinex | Follistim, Gonal-F |
| Flumadine | amantadine |
| Glucometer | Accu-Chek, |
| Dex, Elite, Encore | OneTouch, Precision |
| Helidac | Prevpac |
| Infergen | Intron-A, Roferon-A |
| Kadian | Generics, MS Contin, Oxycontin |
| Lamisil | Otc Lamisil |
| Levothroid | Synthroid, Unithroid |
| Levoxyl | Synthroid Unithroid |
| Locoid | Aclovate, Cutivate, Elocon |
| Maxaquin | Avelox, Cipro, Floxin, Levaquin, Tequin |
| Naprelan | Naprosyn, naproxen |
| Nasalide | Beconase, Flonase, Nasarel, Nasacort, Nasonex, Rhinocort, Vancenase |
| Noroxin | Avelox, Cipro, Floxin, Levaquin, Tequin |
| Oramorph SR | MS Contin |
| Pandel | Aclovate, Cutivate, Temovate |
| PCE | erythromycin |
| Penetrex | Avelox, Cipro, Floxin, Levaquin, Tequin |
| Pergonal | Repronex |
| Procanbid | procainamide |
| Relenza | Tamiflu |
| Skelid | Actonel, Didronel, Fosamax |
| Tamoxifen | Nolvadex (Zeneca brand only) |
| Teczem | enalapril & diltiazem, Lotrel |
| Teveten | Diovan, Atacand, Avapro, Cozaar |
| Tornalate | albuterol, Maxair Auto, Proventil HFA |
| Tri-Nasal | Beconase, Flonase, Nasarel, Nasacort, Nasonex, Rhinocort, Vancenase |
| Trovan | Avelox, Cipro, Floxin, Levaquin, Tequin |
| Vantin | Augmentin, Ceftin, Cefzil, Omnicef |
| Zagam | Avelox, Cipro, Floxin, Levaquin, Tequin |
| Zyflo | Accolate, Singulair |

### KEY
The symbol [G] next to a drug name indicates that a generic is available for at least one or more strengths of the brand medication.

**For the member:** Generic medications contain the same active ingredients as their corresponding brand name medications, although they may look different in color or shape. They have been FDA-approved under strict standards.

**For the physician:** Please prescribe preferred products and allow generic substitutions when medically appropriate. Thank you.

Brand name drugs are listed in CAPITAL letters.

THIS DOCUMENT LIST IS EFFECTIVE JANUARY 1, 2002 THROUGH DECEMBER 31, 2002. THIS LIST IS SUBJECT TO CHANGE.
The symbol [G] next to a drug name signifies that a generic is available for at least one or more strengths of the brand medication. Most generics are usually available to you at the lowest copay.
You can get more information and updates to this document at our web site at www.express-scripts.com.

CERTIFICATE HOLDER:  H M Beasley
CERTIFICATE NUMBER:  0050343438
Our Telephone Number: 1-800-800-1212

**JOHN ALDEN LIFE INSURANCE COMPANY**
Administered by Fortis Insurance Company
501 West Michigan
Milwaukee, WI 53203
A Stock Company



# MEDICAL CERTIFICATE

John Alden Life Insurance Company has issued a Master Group Policy to the association to insure the Certificate Holder and Covered Dependents named on the Schedule or added by endorsement. This certificate describes the benefits available under the Master Group Policy. However, this certificate is not a legal contract. You may review the Master Group Policy at our office.

Please note that words beginning with capitals have special definitions. See the Definitions section.

Your rates will not change during the first 12 months this certificate is in force unless you change benefits, add or delete Covered Dependents, or move to another ZIP code.

## RIGHT TO EXAMINE FOR TEN DAYS

Please read your certificate carefully. If you are not satisfied, return the certificate to us or our agent within 10 days after you have received it. All premiums will be refunded and your coverage will be void.

This certificate was issued based on the information you gave us on your enrollment form. Omissions or misstatements in the enrollment form can cause claims to be denied or coverage to be rescinded. Please read the enclosed copy of your enrollment form. If any information shown is incorrect, incomplete, or if anything is missing, write to us within 10 days.

John Alden Life Insurance Company is a Fortis Health Member Company.


_A. Maybery-French_

Secretary

President

## Table of Contents

Schedule . . . . . . . . . . . . . . . . . . . . . . . PAGE 3

Definitions . . . . . . . . . . . . . . . . . . . . . PAGE 5

When Your Coverage Begins and Ends . . . . . . . . . . . . . PAGE 9

Health Care Review . . . . . . . . . . . . . . . . . . PAGE 11

How to File a Claim for Benefits . . . . . . . . . . . . . . PAGE 12

Covered Medical Services . . . . . . . . . . . . . . . . PAGE 13

Covered Prescription Drug Services . . . . . . . . . . . . . PAGE 17

Pre-existing Conditions Limitation . . . . . . . . . . . . . PAGE 19

Exclusions . . . . . . . . . . . . . . . . . . . . . PAGE 19

Coordination of Benefits . . . . . . . . . . . . . . . . PAGE 21

Other Provisions . . . . . . . . . . . . . . . . . . . PAGE 23

# JOHN ALDEN LIFE INSURANCE COMPANY

## SCHEDULE

Policyholder:  H M Beasley                      Policy Number:   0050343438

SSN:  422 74 8827
                                                Effective Date:  07/01/2002

Type of Plan:  Family Plan

Effective Date of this Schedule:  07/01/2002

Benefits will be paid for Covered Charges you incur while your coverage is in force. Payment of benefits will be subject to all benefit provisions and other conditions of this plan. After you have paid any Deductible or Copayment, we will pay benefits for Covered Charges at the Rate of Payment up to the Out-of-Pocket Limit and subject to the Lifetime Maximum Benefit.

For most services the Rate of Payment for a network provider is more than the Rate of Payment for an out-of-network provider. However, if you receive Emergency Treatment from an out-of-network provider when you cannot reasonably reach a network provider, benefits will be paid as if received from a network provider. A network provider is any Health Care Provider or Hospital participating in the network provider plan. The list of network providers is subject to change. You are responsible for calling the network manager to verify the participation status of a provider prior to treatment. Covered Charges incurred after a provider's participation in the network provider plan has terminated will be subject to the normal provisions of this plan, including medical Deductible and out-of-network Rate of Payment.

See the Covered Medical Services and the Covered Prescription Drug Services sections for any limits that apply to benefits.

(Schedule continues on next page.)

FORM 390.S01.AL                                          Medical Certificate

Lifetime Maximum Benefit for each Insured                                    $2,000,000

Medical Deductible
    Individual Medical Deductible each calendar year (January 1–December 31)    $  2,500
    Maximum Family Medical Deductible each calendar year                     $  5,000

Prescription Drug Deductible
    Individual Prescription Drug Deductible each calendar year               $    500
    Maximum Family Prescription Drug Deductible each calendar year            $  1,000

Medical Out-of-Network Deductible (In addition to the plan Deductible)
    Individual medical out-of-network Deductible each calendar year (Jan 1–Dec 31) $  1,000
    Maximum family medical out-of-network Deductible each calendar year       $  2,000

Rate of Payment (unless listed elsewhere on this schedule)        Network    50%
                                                    Out-of-Network    30%

**Wellness Services:**  (subject to the plan Deductibles and Rate of Payment)
    Covered after you have been insured under this plan for    12 months.

Brand Name Prescription Drugs                                                50%

Out-of-Pocket Limits
    Individual Out-of-Pocket Limit each calendar year                        $  4,500
    Family Out-of-Pocket Limit each calendar year                            $  9,000

**Copayments**
Generic Prescription Drugs                      $    10
Brand Name Prescription Drugs                   $    25
Mail Order Generic Prescription Drugs           $    20
Mail Order Brand Name Prescription Drugs        $    50
Emergency Department Services                   $    75    (waived if admitted as an Inpatient
                                                                       directly from the emergency department)

**Access Fee:**  (The dollar amount of Covered Medical Expenses that you must pay directly to the facility for each admission or surgical procedure. This amount will not be applied to any Deductible or Out-of-Pocket Limit.)
    Hospital Confinement (each admission)                                    $    500
    Outpatient Facility (each surgical procedure)                            $    500

**Rate of Payment and Deductible Waived**
Hospice Care Services
Home Health Care Services
Inpatient Rehabilitation Services
Skilled Nursing Facility Services

## COVERED DEPENDENTS

    Nina C Beasley                              11/09/1954

## BENEFIT SCHEDULE

| FORM | BENEFIT DESCRIPTION |
|------|---------------------|
| 390-AL | Medical Expense Coverage |
| 2821 | Network Doctor/Hospital Coverage Rider |

## Definitions

The capitalized terms used in this certificate are defined below. However, "we," "our," "us," "you" and "your" are defined but not capitalized. Just because a term is defined does not mean it is covered. See the Covered Medical Services, Covered Prescription Drug Services and Exclusions sections.

**Common Accident Deductible**

If more than one Insured is injured in the same accident, only one individual medical Deductible must be met for all Covered Charges for that accident within 90 days of the accident.

**Copayment**

The dollar amount you pay each time you receive a covered service. This amount will not be applied to any Out-of-Pocket Limit or Deductible.

**Covered Charges**

An allowable charge for treatment that we determine is:

- provided by a Health Care Practitioner, facility or supplier,
- Medically Necessary,
- incurred by an Insured for an Illness or Injury,
- listed in the Covered Medical Services or Covered Prescription Drug Services sections, and
- not listed in the Exclusions section.

We will determine how much of a Covered Charge is allowable using the following:

- the actual charge;
- relative value scales which include difficulty, work risk and materials used;
- regional geographic factors for your area or a comparable area; and
- the rate we negotiate with the provider of service.

Treatment is the medical or surgical management of a patient. Treatment includes any prescribed service, supply, test, consultation, advice or Prescription Drug.

**Covered Dependent**

The Certificate Holder's lawful spouse; or child who is age 18 or less and either a natural child, a child legally adopted or placed for adoption, or a stepchild.

- If an unmarried child is age 23 or less, the child will be considered a Covered Dependent if you submit proof that the child meets the standards for a full-time student at an accredited educational institution. The student will be considered a Covered Dependent until the student is no longer a full-time student, graduates, attains age 24, or marries, whichever occurs first.
- An unmarried child of the Certificate Holder who is Totally Disabled will be considered a Covered Dependent. The child must depend upon the Certificate Holder for financial support. Proof of support must be given to us no later than 31 days after the child has reached the normal age for termination. Additional proof may be requested annually.
- If children only are covered, siblings of the Certificate Holder will be considered Covered Dependents if they meet the above requirements.

| | |
|---|---|
| **Custodial Care** | Services that: |

- do not contribute substantially to the improvement of a medical condition according to accepted medical standards;
- are provided primarily to assist with daily living activities; and
- are supportive or primarily for the purpose of providing companionship or ensuring safety.

| | |
|---|---|
| **Deductible** | The amount of Covered Charges you must pay each calendar year before we pay benefits. Once two or more Insureds have collectively met the maximum family medical Deductible, no additional Deductible will be taken during the calendar year. |
| **Emergency Treatment** | Treatment for an Illness or Injury which presents symptoms of sufficient severity that, in the absence of immediate medical attention, a prudent person would expect serious jeopardy to health, serious impairment to bodily functions, or serious dysfunction of any bodily organ or part. |
| **Experimental or Investigational Services** | Treatment that, at the time the charges were incurred, we determine was: |

- not proven to be of benefit for the diagnosis or treatment of the Illness or Injury;
- not generally used or recognized by the United States medical community as safe, effective, or appropriate for the Illness or Injury;
- in the research or investigational stage; and
- not generally accepted throughout the United States as we determine by reference to English language peer review literature, consultation with physicians, authoritative medical compendia, the American Medical Association, and other pertinent professional medical organizations or governmental agencies.

| | |
|---|---|
| **Health Care Practitioner** | Any person who is state-licensed to treat the Illness or Injury for which a claim is made. |
| **Hospital** | A state-licensed facility accredited by the Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) that is not primarily a nursing home, convalescent home, a place for the aged, or for Custodial Care. |
| **Illness** | A sickness, disease or condition that first manifests itself while covered under this plan. |
| **Injury** | Accidental bodily damage, occurring unexpectedly and unintentionally, and sustained while covered under this plan. |
| **Insured** | Any person named on the Schedule or added by endorsement. |
| **Inpatient** | Admitted to a Hospital or other state-licensed facility for a stay of at least 24 hours and where a charge is made for room and board or observation. |
| **Lifetime Maximum Benefit** | The maximum we will pay for Covered Charges incurred by an Insured while covered under this plan or any other plan we have issued over the lifetime of that person. |
| **Master Group Policy** | The policy which is issued to the association. |

**Medically Necessary**

Treatment that we determine:

- is appropriate and consistent with the diagnosis and is in accordance with accepted United States medical practice and federal government guidelines;

- can reasonably be expected to contribute substantially to the improvement of a condition resulting from an Illness or Injury;

- is not for Experimental or Investigational Services;

- is provided in the least intense setting without adversely affecting the condition or the quality of medical care provided; and

- is not primarily for the convenience of you, your family, your Health Care Practitioner, or provider.

<u>Prescription by a Health Care Practitioner does not automatically make treatment Medically Necessary.</u>

**Mental Illness**

All conditions classified as mental disorders as shown in the International Classification of Diseases (ICD).

**Out-of-Pocket Limits**

The maximum dollar amount you pay each calendar year in Deductible and coinsurance for Covered Charges before we pay 100% of Covered Charges. Once two or more Insureds have collectively met the maximum family Out-of-Pocket Limits, we will pay 100% of Covered Charges for all Insureds.

The following do not count toward any Out-of-Pocket Limit: any Copayment; any Prescription Drug Deductible, Ancillary Charge, or coinsurance; any penalty applied under the Health Care Review section; and any amount not paid by us due to the difference between the out-of-network benefit and the benefit that would have applied had you used a network provider or pharmacy.

**Outpatient**

Treatment received at a Hospital or other state-licensed medical facility other than on an Inpatient basis.

**Prescription Drug**

Any medication that has been fully approved by the Food and Drug Administration (FDA) and that can be legally dispensed only with a Health Care Practitioner's prescription.

**Rate of Payment**

The percentage of Covered Charges we will pay. You are responsible for any balance (coinsurance).

**Rehabilitation Services**

Services that include:

- Inpatient services provided in a Hospital, a state-licensed rehabilitation facility accredited by the Commission on Accreditation of Rehabilitation Facilities (CARF), or a residential treatment facility that is part of an accredited rehabilitation program;

- physical therapy, occupational therapy, speech therapy, cardiac rehabilitation programs; and

- the evaluation of the need for such therapy performed on an Outpatient basis or in the Insured's home.

**Substance Abuse**

Abuse of, addiction to or dependency on drugs, chemicals or alcohol.

**Total Disability**

You are being treated and under the regular care of a Health Care Practitioner for a specific condition and because of that Illness or Injury:

- are unable to perform all of the essential duties of any occupation you are reasonably fitted for by education, training or experience; or

- you are unable to engage in the normal and customary activities of a person of the same age and sex if you are not employed.

**We, Us, Our**          John Alden Life Insurance Company or our designated administrator.

**You, Your**            Any person named on the Schedule or added by endorsement.

# When Your Coverage Begins and Ends

**Eligibility and Effective Date**

To be insured under this plan, the Certificate Holder must be a member of the association and a resident of the state where the certificate is issued.  The Insured must complete an enrollment form and a health assessment upon enrollment and at renewal.  You are covered under this plan as of 12:01 a.m. standard time at your residence on the effective date of your certificate or the endorsement date if Covered Dependents are added.

1.  **Adding Newborn and Adopted Children:**  A newborn or adopted child will be covered if the child is a Covered Dependent, written enrollment is made to us, and we receive any required premium within 60 days of birth or adoption.

    If this is an individual plan and these  requirements are not met, the child will not be covered from birth or adoption.  However, if this is a family plan, the child will be covered for the first 60 days from birth or adoption.

2.  **Adding Any Other Eligible Dependent:**  To add any other Covered Dependent, written enrollment with evidence of insurability must be submitted for our approval along with any required premium.

**Termination**

The Certificate Holder may cancel this coverage at any time by sending us written notice.  Upon cancellation, we will promptly return the unearned portion of any premium paid.

This certificate will terminate at 12:01 a.m. standard time at the Certificate Holder's residence on the date:

*   requested in writing or the date we receive the request, whichever is later;

*   for nonpayment of premium;

*   there is fraud or material misrepresentation made by or with the knowledge of any Insured applying for this coverage or filing a claim for benefits;

*   if all certificates with the same form number are non-renewed in the state in which your certificate was issued or the state in which you presently reside;

*   if you have a PPO plan and move outside of the service area;

*   you become eligible for Medicare, if allowed by federal law; or

*   you are no longer a Covered Dependent.

We will pay benefits to the end of the time for which we have accepted premiums.

**Conversion**

A Covered Dependent who is no longer eligible for coverage under this plan can obtain a conversion policy without evidence of insurability.  Written application, signed by one of our licensed agents, must be made within 60 days after the Covered Dependent's coverage terminates.

**Reinstatement**

If any premium is not paid within the time required, your coverage will lapse.  We will reinstate your coverage, provided:

*   the lapse was not more than 6 months,

*   your supplemental enrollment form is furnished to us, and

*   we approve your request for reinstatement.

Your coverage will be reinstated on the date we approve the request. If we have not responded to the reinstatement request by the 45th day after it is received by us, your coverage will be reinstated on that date.

After your coverage is reinstated, you and John Alden Life Insurance Company will have the same rights as existed before your coverage lapsed.

No benefits will be paid for any condition not fully disclosed on the enrollment form for reinstatement if, during the time between the lapse date and the reinstatement date:

- you received medical treatment, diagnosis, consultation, or service, or took Prescription Drugs; or

- the condition produced symptoms or was capable of being diagnosed.

This limitation will apply until coverage has been in force for 12 months after the reinstatement date, unless the condition has been specifically excluded from coverage.

**Extension of Benefits During Total Disability**
If you are totally disabled on the date this coverage terminates, we will extend benefits for the Illness or Injury that caused the Total Disability. We will pay benefits subject to the terms, limits and conditions of this plan. Premium payment will not be required during the extension of benefits period.

You will need to submit medical documentation verifying your Total Disability within 60 days of termination. The extension will end when you are no longer totally disabled, or at the end of a 365 day period after the date your insurance terminates, whichever occurs first.

# Health Care Review

When you need Inpatient treatment or Outpatient surgery, call the toll free number on your identification (ID) card. We will review the proposed medical care with you or your provider to determine the appropriateness of treatment and to assist you with discharge needs. We will notify you and your Health Care Practitioner of the review outcome. For an Inpatient stay, we will also notify the Hospital.

Contact us for the following:

- **Nonemergency Confinement:** Call at least 7 days prior to an Inpatient Hospital stay. A nonemergency confinement is an Inpatient stay for an Illness or Injury that is not immediately lifethreatening but is Medically Necessary.

- **Emergency Confinement:** Call within 24 hours, or as soon as reasonably possible, after an Inpatient admission for Emergency Treatment.

- **Maternity:** Call within the first 12 weeks of confirmation of a pregnancy by a Health Care Practitioner. Also call as soon as you know the Inpatient stay for the mother and/or newborn will exceed 48 hours for a normal delivery or 96 hours for a caesarean section delivery.

- **Organ or Cellular Transplant:** Call prior to any transplant evaluation, testing, preparative treatment or donor search.

- **Outpatient Procedures:** Call at least 7 days prior to a scheduled Outpatient procedure if the facility charge is expected to be more than $500.

- **Home Health Care**

- **Durable Medical Equipment** if the purchase or rental price per month is more than $500.

- **Inpatient Rehabilitation Confinement**

- **Skilled Nursing Facility Confinement**

- **Hospice Care**

- **Parenteral (intravenous infusion) Therapy**

The review process must be repeated if treatment is received more than 30 days after the review or if a new Health Care Practitioner or facility is used.

The Health Care Review requirements above are included to assist you in obtaining the most appropriate health care. If these guidelines are not followed, your benefits will be reduced by 25% to a maximum of $1,000 for any service requiring Health Care Review.

**Health Care Review is not the same as "verification of benefits" and does not guarantee that benefits will be paid. Health Care Review addresses only the Medical Necessity and appropriateness of the care to be received. Payment of benefits is subject to all the terms, limits, and conditions of this plan.**

# How to File a Claim for Benefits

Most providers will file claims directly with us. You are responsible for filing your claim with us only if the provider does not file it. The following provisions tell you how to file your claims with us.

Notify us in writing within 60 days after receiving a covered service or as soon as reasonably possible. Include your name and certificate number. Sending us a bill satisfies this requirement.

If you are sending bills directly to us please send an itemized bill and not a balance due statement. Include your certificate number or Social Security number.

Unless you are declared incompetent by a court of law, bills must be sent to us within 15 months of the date of loss. To determine our liability, we may request that you furnish proof of benefits from other sources, proof that you have applied for all benefits from other sources, and confirmation that you have furnished all necessary proof to receive them.

## Claim Payment

We pay either you or your provider for covered services. Benefits will be paid within 25 working days of receipt of proof of loss. Any benefits not paid within this time will be increased by interest at (1 1/2%) per month until the claim is settled. If the claim is contested, we will notify you or your assignee in writing within 2 weeks from the date claim was received. We will pay any undisputed portion of the claim within 30 days of receipt of proof of loss. Upon your death, we will pay benefits at our option to your spouse, the providers of the treatment or your estate.

We may provide benefits for medical care that is not covered under the terms and conditions of this plan. Alternative medical care is treatment that is:

- approved by your Health Care Practitioner in writing,
- not considered an Experimental or Investigational Service,
- considered a Covered Charge, and
- we have given our prior written approval.

The terms and conditions of this plan will not be waived when we provide benefits for this type of medical care.

## Fraud or Misrepresentation

No payments will be made for claims involving fraud or misrepresentation. If benefits are paid for a claim involving fraud or misrepresentation we will be entitled to a refund from you or the provider.

## Overpayment

We make every effort to pay claims promptly and correctly. However, if we make incorrect payments we will be entitled to a refund from you or the provider of the services.

# Covered Medical Services

Covered Medical Services include only Covered Charges for the services and supplies listed in this certificate. Charges are subject to all the terms, limits and conditions of this plan. After you have paid any Deductible or Copayment, we will pay benefits for Covered Charges at the Rate of Payment up to the Out-of-Pocket Limit and subject to the Lifetime Maximum Benefit.

Preauthorization is required for some services to ensure maximum benefits. Please see the Health Care Review Section.

**Hospital services** include:

- daily room and board up to the semi-private room rate;

- confinement in a critical care unit; and

- all other Inpatient or Outpatient treatment provided by a Hospital or ambulatory surgical center. An ambulatory surgical center is a state-licensed facility, other than a Hospital or Health Care Practitioner's office, providing surgical treatment.

Rehabilitation Services provided by a Hospital are covered under the Rehabilitation Services Section.

**Health care practitioner services** including surgery and anesthesia.

**X-ray and laboratory services**

**Professional ground or air ambulance services** to the nearest Hospital that can provide Emergency Treatment for the Illness or Injury. Other types of transportation will not be covered.

**Supplies and durable medical equipment** for the lesser of the rental or purchase price. This coverage is limited to:

- basic prosthetic devices;

- splints, trusses, crutches and orthopaedic braces;

- oxygen and equipment for its administration;

- one standard non-motorized wheelchair and/or basic hospital bed;

- one newborn phototherapy light and/or one apnea monitor; and

- other durable medical equipment or supplies that we determine to be covered.

Repair, replacement or duplicates are not covered.

Durable medical equipment is equipment that can withstand repeated use and is used primarily to serve a medical purpose. It is generally not useful in the absence of an Illness or Injury, and is appropriate for use in the home.

**Home health care services** provided by a home health care agency up to 160 hours each calendar year for visits by a state-licensed nurse, respiratory therapist, and services included in a preauthorized Health Care Practitioner's plan of treatment. A home health care agency is a state-licensed organization certified by Medicare to provide home health care.

Speech, occupational and physical therapy are covered under Rehabilitation Services.

**Hospice care services** provided in either an Inpatient, Outpatient or home setting. A state-licensed hospice must be Medicare certified and/or accredited by the Joint Commission on Accreditation of Healthcare Organization (JCAHO).

Hospice care includes two visits for counseling services for you and one visit for bereavement counseling for you after an Insured's death.

**Skilled nursing facility services** up to 30 days each calendar year. Covered services in a state-licensed skilled nursing facility include room and board, nursing and ancillary services. Subacute care provided in a Hospital or state-licensed subacute facility is covered under this provision.

**Rehabilitation services** include the following:

• Inpatient Rehabilitation Services up to 180 days each calendar year, and

• Outpatient Rehabilitation Services up to $3,000 each calendar year.

Rehabilitation Services are not covered when we determine measurable progress toward expected outcomes has stabilized or is inconsistent. Rehabilitation Services do not include treatment for conditions related to vertebrae, disc, spine, back, neck and adjacent tissues or temporomandibular joint (TMJ) and craniomandibular joint (CMJ) dysfunction.

**Vertebrae, disc, spine, back and neck:** Outpatient diagnosis and treatment for these conditions are limited to $750 each calendar year. This includes massage, acupuncture, biofeedback, manipulation and electrical stimulation.

The maximum does not apply to Inpatient stays, surgery, anesthesia, laboratory tests, x-rays, magnetic resonance images (MRI) or electromyelograms.

Physical therapy and Rehabilitation Services following an Inpatient stay and/or surgery will be considered under the Rehabilitation Services section.

**Temporomandibular joint (TMJ) and craniomandibular joint (CMJ) dysfunction:** Benefits for surgical and nonsurgical treatment are limited to a maximum lifetime benefit of $1,000. Covered Charges for nonsurgical treatment are limited to diagnostic examinations, diagnostic x-rays, injection of muscle relaxants, therapeutic drug injections, physical therapy, diathermy and ultrasound therapy.

TMJ or CMJ is any jaw/joint disorder causing pain, swelling, clicking and difficulties in opening and closing the mouth; and complications including arthritis, dislocation and bite problems of the jaw.

**Transplantation benefit:** No benefits will be paid for any organ, tissue or cellular transplants not reviewed by us prior to transplantation evaluation, testing or donor search.

The maximum lifetime transplant benefit is $100,000 for each transplant, combined transplants, and sequential transplants. The maximum lifetime transplant benefit includes all related expenses from 14 days before transplant until 365 days after transplant. The maximum benefit for potential donor and donor expenses is $10,000 for each transplant and is applied to the maximum lifetime transplant benefit. This limit does not apply to kidney and cornea transplants.

We have contracted with certain specified transplantation centers to provide transplantation services to our Insureds at a negotiated rate. When these specified transplantation centers are used for transplants, the benefit of controlling the medical expense risk is passed on to you by waiving the maximum lifetime transplant benefit limit. All transplant related claims continue to apply to the Lifetime Maximum Benefit.

When generally accepted indications and standards for transplantation are met and all assessments required by the treating institution are successfully completed, Covered Charges are limited to the following solid organ transplants and marrow reconstitution or support.

Solid Organ Transplants

• heart

• lung

• combined heart/lung

• combined kidney/pancreas

• liver (Candidates for liver transplantation must have abstained from alcohol for one year immediately prior to transplantation.)

Marrow Reconstitution or Support (often called Bone Marrow Transplant or Stem Cell Transplant) is a transplantation procedure in which human blood precursor cells are administered to a patient following myelosuppressive or ablative therapy. Such cells may be derived from bone marrow or circulating blood, obtained from the patient in an autologous harvest, or from a matched donor for an allogenic transplant. The marrow reconstitution and support procedure includes all chemotherapy, the harvesting, and the reinfusion of the marrow or blood precursor cells.

We will not pay for:

- multiple organ, tissue and cellular transplants during one operative session, except for a heart/lung, double lung or simultaneous kidney/pancreas transplant;

- any non-human (including animal or mechanical) organ transplant;

- transplants approved for a specific medical condition, but applied to another condition;

- the purchase price of an organ or tissue that is sold rather than donated; or

- any transplants not listed above.

**Wellness services** include services based on the published recommendations of the U.S. Preventive Services Task Force and are subject to change. The maximum benefit payable for each calendar year is $500. This maximum will not apply to routine mammograms, pap smears and prostate specific antigen (psa) tests.

**Diabetic services** include

- Outpatient self-management training and education, including medical nutrition therapy,

- 1 routine eye exam each calendar year, and

- 2 routine foot care exams each calendar year.

Insulin, syringes and testing agents are covered under Covered Prescription Drug Services. Other equipment will be considered for coverage under the Supplies and durable medical equipment provision.

**Injectable drugs** which require a written prescription are covered, except for insulin which is covered under Covered Prescription Drug Services.

**Initial reconstructive surgery after mastectomy for cancer** includes surgery on the unaffected breast to achieve symmetry.

**Parenteral (intravenous infusion) therapy** includes total parenteral nutrition and other fluids, blood and blood products, and medications requiring a written prescription.

**Dental injury:** Benefits are payable for an Injury resulting from an accidental blow to the mouth causing trauma to sound teeth, the gums or supporting structures of the teeth. A sound tooth has no decay and has never had a filling, root canal therapy or crown. The treatment must begin within 90 days of the Injury and be completed within 365 days of the Injury.

We will pay benefits for the least expensive procedure that will produce a professionally adequate result. You may submit the dental treatment plan in advance for an estimate of the benefits payable.

**Limited coverage for specific conditions of pregnancy** includes only spontaneous miscarriage, ectopic pregnancy, Medically Necessary caesarean section, gestational diabetes mellitus, and medical conditions whose diagnoses are distinct from pregnancy but are adversely affected by pregnancy.

**Sterilization** is payable up to a maximum lifetime benefit of $500 after you have been continuously insured under this plan for 365 days.

**Removal of tonsils and adenoids** are payable after you have been continuously insured under this plan for 90 days except for Emergency Treatment. The 90 days will be waived if other health insurance with reasonably similar benefits was shown on the enrollment form and was in force until the effective date of this certificate. Other health insurance includes our short term medical plan.

**Surgical treatment for hernia (except strangulated or incarcerated), bunions, varicose veins and hemorrhoids** are payable after you have been continuously insured under this plan for 180 days except for Emergency Treatment. The 180 days will be waived if other health insurance with reasonably similar benefits was shown on the enrollment form and was in force until the effective date of this certificate. Other health insurance includes our short term medical plan.

**World wide coverage** will be provided for any treatment received outside of the United States if such treatment is rendered and covered when provided in the United States.

# Covered Prescription Drug Services

Covered Prescription Drug Services include only Covered Charges for the services and supplies listed in this certificate. Charges are subject to all the terms, limits and conditions of this plan.

## Definitions

| | |
|---|---|
| **Ancillary Charge** | The copay differential or the difference between the actual charge and the MAC list charge or Drug Formulary medication charge. The Ancillary Charge does not count toward any Deductible or Out-of-Pocket Limit. |
| **Brand Name Drug** | A drug for which a pharmaceutical company has received a patent or tradename. |
| **Generic Drug** | A drug that has the same active ingredients as an equivalent Brand Name Drug, does not carry any drug manufacturer's brand name on the label, and is not protected by a patent. It must be listed as a generic drug by our national drug data bank. |
| **Drug Formulary** | A preferred drug list that we approve. We will periodically update the list. |
| **Maximum Allowable Cost (MAC) List** | A list of Prescription Drugs reimbursed at a Generic Drug product level. We will periodically update the list. |

## Prescription Drug Benefits

To obtain benefits at a network pharmacy, present your ID card. Certain drugs require preauthorization prior to dispensing. Once you pay the Prescription Drug Deductible and/or Copayment, any coinsurance and/or any Ancillary Charge, we will pay benefits up to a 30 consecutive day supply for each prescription or up to a 90 consecutive day supply for each prescription from the mail order service unless restricted by the manufacturer's packaging. Some products may be subject to additional supply limits.

For Prescription Drugs and medicines we will pay for the following:

• legend drugs and medicines that by Federal law can only be obtained with a prescription;

• injectable insulin with a prescription; and

• disposable insulin syringes, and disposable blood/urine, glucose/acetone testing agents or lancets.

If you do not use a network pharmacy, or if you do not present your ID card at a network pharmacy, you will have to pay the pharmacy in full and then file a claim form with the prescription card service administrator for reimbursement. You will be reimbursed at the negotiated rate that would have been paid to a network pharmacy for the cost of the drug minus any applicable Prescription Drug Deductible, Copayment, any coinsurance and/or Ancillary Charge.

When a Prescription Drug is available under two or more names or manufacturers' packaging or when more than one drug may be used to treat a condition, we will cover the least expensive drug. Payment for a Prescription Drug does not mean we have any liability under Covered Medical Services. Drugs administered or dispensed by a Health Care Practitioner, Hospital or other state-licensed facility are not payable under this section. They may be covered under the Covered Medical Services section.

## Prescription Drug Exclusions

In addition to the Exclusions section, we will not pay benefits for any of the following:

• replacement of lost, stolen, destroyed or damaged prescriptions;

• drugs or devices used directly or indirectly to promote or prevent conception;

- immunization agents, biological sera, blood, blood plasma or its derivatives;

- drugs containing nicotine or its derivatives;

- injectable drugs which we do not authorize to be paid under this benefit;

- more than we determine is an average quantity of medication required to treat an immediate condition or symptom on an "as needed" basis; or

- over-the-counter medications that can be obtained without a prescription; drugs which we determine have an over-the-counter equivalent or contain the same active ingredient(s) as over-the-counter medication; or compounded medications not containing at least one legend ingredient.

## Pre-existing Conditions Limitation

We will not pay benefits for Covered Charges incurred due to a pre-existing condition until you have been continuously insured under this plan for 12-months. After this 12-month period, benefits will be paid for a pre-existing condition on the same basis as any other condition unless the condition has been specifically excluded from coverage.

A preexisting condition is an Illness or Injury and related complications, not fully disclosed on the enrollment form, if during the 12 month period immediately prior to your effective date:

- you received medical treatment, diagnosis, consultation, or took Prescription Drugs for the condition; or

- the condition produced symptoms or was capable of being diagnosed.

# Exclusions

We will not pay benefits for any of the following:

- Illness or Injury eligible for benefits under Worker's Compensation, Employers' Liability or similar laws even when you do not file a claim for benefits.

- Illness or Injury contributed to or caused by:
  - war or act of war (declared or undeclared),
  - active duty in the military service of any country,
  - commission of a felony, crime or illegal act,
  - participation in a riot,
  - an Insured over age 19 being under the influence of illegal narcotics or nonprescribed controlled substances, or
  - attempted suicide or self-inflicted Injury.

- Charges that are payable or reimbursable by:
  - a plan or program of any governmental agency (except Medicaid), or
  - Medicare Part A or Part B (where permitted by law). If you do not enroll in Medicare we will estimate benefits.

- Routine hearing care, routine vision care, vision therapy, surgery to correct vision, routine foot care, or foot orthotics.

- Cosmetic services including treatment primarily designed to change or improve appearance, self-esteem or body image and/or relieve or prevent social, emotional or psychological distress.

- Not covered services, complications of an excluded or not covered service, or charges for which you are not liable.

- Charges by a Health Care Practitioner or medical provider who is an immediate family member. Immediate family members are you, your spouse, your children, brothers, sisters, parents, their spouses and anyone with whom legal guardianship has been established.

- Custodial Care.

- Growth hormone stimulation treatment including drugs or hormones.

- Dental care not related to a dental Injury.

- Any treatment for correction of malocclusion, protrusion, hypoplasia or hyperplasia of the jaws.

- Charges for which there is automobile or liability insurance providing medical payments.

- Charges for educational testing or training, vocational or work hardening programs, transitional living, or services provided through a school system.

- Infertility, which is the inability to conceive despite one year without protection from pregnancy or the inability to carry pregnancies to a live birth resulting in 3 or more miscarriages prior to the 20th week of gestation.

- Maternity and routine nursery charges unless you have a Maternity Rider.

- Genetic testing, counseling and services.

- Charges for sex transformation, and treatment of sexual dysfunction or inadequacy or to enhance sexual performance or desire.

- Over-the-counter products including vitamins and food supplements, herbal and homeopathic medications.

- Treatment of "quality of life" or "lifestyle" concerns including but not limited to: smoking cessation; obesity; hair loss; sexual function, dysfunction, inadequacy or desire; or cognitive enhancement.

- Treatment used to improve memory or to slow the normal process of aging.

- Telemedicine or treatment rendered without the Health Care Provider being physically present with a patient.

- Mental Illness or Substance Abuse unless you have a Mental Illness Rider.

# Coordination of Benefits

**Definitions**

| | |
|---|---|
| **Allowable Charge** | Any charge considered to be a Covered Charge by any Plan. |
| **Plan** | Any plan which provides medical benefits or services. Plan does not include: student accident plans, Medicaid, or any group hospital indemnity plan which pays $100 per day or less. |
| **Primary Plan** | A medical Plan that determines benefits without considering the benefits of any other Plan. |
| **Secondary Plan** | A medical Plan that determines benefits after the primary Plan determines benefits. |

**How Benefits Are Paid**

| If ... | We will... |
|---|---|
| you have another medical Plan in addition to this group Plan | coordinate this group Plan's benefits with the other Plan's benefits so combined benefits do not exceed 100% of the allowable charges incurred in a calendar year. |
| you are eligible for benefits provided by another Plan but do not claim them | consider the benefits for which you are eligible as benefits provided. |
| you receive benefits from another Plan in the form of services instead of cash payments | determine a reasonable cash value for each service which will be considered the amount paid by your other Plan. |
| we are primary (see below) | pay our normal benefits. |
| we are secondary (see below) | pay the lesser of the difference between the allowable charges and the amount paid by the Primary Plan, or our normal benefits. |

When this Plan is secondary, benefits payable will be reduced so that when they are added to the benefits payable under all other Plans, they will not exceed the total Allowable Charges. If both Plans have contractual discount arrangements with a provider, the greater discount will be taken into consideration when making benefit determinations.

**Order of Benefit Determination Rules**
The first applicable rule from the following list determines which Plan pays first.

1. A Plan that does not have a coordination of benefits provision, or has a provision that differs from this one, pays first.

2. A Plan that covers the claimant as the primary Certificate Holder pays before a Plan that covers the claimant as a Covered Dependent.

3. For a child whose parents are not divorced or separated:
   - the Plan of the parent whose birthday (month & day only) is earlier in the year pays first, regardless of which parent is older.
   - if both parents have the same birthday (month & day only), the Plan covering the parent for the longer time pays first.

   If the other Plan does not have this rule, that Plan pays first.

4.   For a child whose parents are separated or divorced, the order is:

   • first, the Plan of the parent with child custody

   • second, the Plan of the spouse of the parent with child custody

   • finally, the Plan of the parent without child custody.

   If a court requires one parent to be responsible for the child's medical expenses, that Plan is the Primary Plan.   If a court establishes joint custody without stating which parent is responsible for medical expenses, the rules in item #3 of this section apply.

5.   If none of the above rules apply, the Plan that has been covering the claimant longer pays first.

**Our Rights Under This Section**
We have the right to release or obtain claim information from any organization or individual and pay our normal benefit to any organization which has paid benefits we should have paid.

# Other Provisions

**Conformity With State Statutes**
If this plan is in conflict with any laws of the state where it is issued, this plan is changed to meet the minimum requirement of such laws.

**Consideration**
This certificate is issued based on the statements and agreements in the enrollment form, the exam (if required), any other amendment or supplements, and the payment of the required premium. Each renewal premium is payable on the due date subject to the grace period.

**Plan Changes**
No change in this plan will be valid unless approved by an executive Officer of John Alden Life Insurance Company and attached to this plan. No agent or employee of John Alden Life Insurance Company has authority to waive or change any plan provision or waive any requirements within the enrollment form.

**Enforcement of Plan Provisions**
Our failure to enforce or require compliance with any provision within this plan will not waive, modify or render any provision unenforceable at any other time, whether the circumstances are the same or not.

**Grace Period**
There is a 31-day grace period for the receipt, at our home office, of any premium due after the first premium. If you have not paid your premium by the end of the grace period, your insurance will stop as of the last day for which premium has been paid.

No coverage will be provided during the grace period if you have similar coverage available through another carrier. Coverage will continue during the grace period unless you give us written, advance notice that coverage is to terminate.

**Grievance Procedure**
A complaint is any dissatisfaction you have regarding the services or benefits you receive from us. Call us with any complaint. We will attempt to resolve the complaint to your satisfaction. If we are unable to resolve the complaint over the phone, you can submit the complaint in writing as a formal grievance. Please contact us for more information about our formal grievance procedure.

We have the option, upon joint agreement, of initiating mediation as a means of resolving a dispute.

**Incontestability**
In the absence of fraud, all statements made on the enrollment form will be deemed representations and not warranties. After coverage has been in force for two years, no statement made in any enrollment form (unless fraudulent) will be used to void your coverage.

**Legal Action**
You cannot file a lawsuit before 60 days or more than 3 years after written proof of loss has been given to us.

**Misstatements**
If any relevant fact about you is found to have been misstated, the true facts will be used to determine if the insurance is in force. If your age has been misstated and the premium amount is based on age, an adjustment in premiums will be made based on your true age. No misstatement of age will continue insurance otherwise validly terminated or terminate insurance otherwise validly in force.

**Physical Exams**
We have the right to have a Health Care Practitioner examine you while a claim is pending. We will pay for the cost of these examinations.

**Premium Payments**
Premium payment on or before the effective date will keep your coverage in force until the first renewal date. Each renewal premium is due on its due date subject to the grace period. The premium shown on the Schedule may change because a new rate table applies. Premiums may also change when your age increases, family members are added or deleted, coverage is increased or decreased, or if you move to a different ZIP code.

**Recovery**

1. **Subrogation Right:** Upon payment of benefits, we will be subrogated to all rights of recovery you may have against any person or organization. Our right to recovery will apply only after you have been fully paid for damages or injuries, other than those we covered, minus any reduction due to your comparative negligence.  This includes recoveries against such third party, against any liability coverage for such third party or against your automobile insurance in the event a claim is made under the uninsured or underinsured motorist coverages.  Such right extends to proceeds received by settlement, judgment or otherwise; but is limited to the amount of benefits we have paid.  You must:

   • do nothing to prejudice any right of recovery;

   • execute and deliver any required instruments or papers; and

   • do whatever else is necessary to secure such rights.

   If we are precluded from exercising our subrogation right, we may exercise our right of reimbursement.

2. **Right of Reimbursement:** If benefits are paid under this plan, and you recover against any person or organization by settlement, judgment or otherwise, we have a right to recover from you an amount equal to the amount we have paid.  This includes recoveries against such third party, against any liability coverage for such third party or against your automobile insurance in the event a claim is made under the uninsured or underinsured motorist coverages.

   Any payment we make prior to determination of a work-related injury must be reimbursed when you receive any payment for such injury from another source.  You must notify us of any work-related claim you make and reimburse us even when your recovery is the result of settlement or compromise.

**Rights of Administration**
We maintain our ability to determine our rights and obligations under this plan including, without limitation, the eligibility for and amount of any benefit payable.

**Modification of Policy**
The Master Group Policy is issued to the association.  The Master Group Policy may be changed at any time by agreement between the association and us.  You will receive an amendment to your certificate showing any change.