**JOHN ALDEN LIFE INSURANCE COMPANY**
501 West Michigan
P.O. Box 624
Milwaukee, WI 53201-0624



# Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under federal law, health insurance issuers generally may not restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the issuer may pay for a shorter stay if the attending provider (e.g., your physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under federal law, issuers may not set the level of benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96 hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, an issuer may not, under federal law, require that a physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers of facilities, or to reduce your out-of-pocket costs, you may be required to obtain precertification. For information on precertification, contact your issuer.

## Women's Health and Cancer Rights Act Notice

Effective October 21, 1998, the Federal Women's Health and Cancer Rights Act requires all health insurance plans that provide coverage for a mastectomy must also provide coverage for the following medical care:

- Reconstruction of the breast on which the mastectomy has been performed.
- Surgery and reconstruction of the other breast to produce a symmetrical appearance.
- Prostheses and physical complications at all stages of the mastectomy, including lymphedemas.

Covered benefits are subject to all provisions described in your plan including, but not limited to, deductible, copayment, rate of payment, exclusions and limitations.

## Fortis Health Privacy Policy

**Your Privacy**
At Fortis Health, we realize you trust us with personal information when you purchase products and services from us. We safeguard that trust by keeping non-public personal information about you in a confidential environment and using that information in accordance with this Privacy Policy. The purpose of Fortis Health's Privacy Policy is to describe how we protect the privacy of information about you, and why it is necessary for us to use this information to provide high quality products and services to you. This notice tells you what types of information we may need, what types of information we need to share with others, and the security measures we have in place. This notice also explains your right to ask us not to share personal information about you with other companies for marketing purposes. Please keep this notice with your insurance plan. If you have employees covered under your plan, please provide a copy of this information to them.

**Information We Collect**
In order to serve your health insurance needs, it is necessary for Fortis Health to collect financial and health information about you. We may collect this information directly from you on applications or other forms. We also collect information from third parties such as your agent or broker, your current or former health care providers and consumer reporting agencies. In addition, this information may include your transactions with Fortis Health, its affiliates and others. It is impossible to describe every type of information that we collect, but here are some examples:

- Your name, age, address, Social Security number, telephone number, occupation and other demographic information about you and your family
- Whether you are a past or present customer with us, or if you ever applied for an insurance product or service from us, as well as your history of other insurance coverage and applications

- Information collected through an Internet "cookie" (an information-collecting device from a web server)
- Your past, present or future physical, mental or behavioral health condition
- Your health care history
- Your history of insurance coverage, premiums, claims and payments through Fortis Health
- Information from consumer reporting agencies, public records and data collection agencies

**Information We Share with Others**
Fortis Health may share all of the information we collect about both current and former customers, as described above, with affiliated and non-affiliated third parties as may be permitted by law. We may share information with third parties we call upon to assist us in providing high quality products and services to you. These service providers may include financial institutions such as agents, brokers, reinsurers and excess loss insurers, non-financial institutions such as health care providers, detectors of fraud, auditors, claims handlers, underwriters, and others such as information technology specialists, consultants and attorneys. Each of these service providers submits written assurances to Fortis Health that they will respect the privacy and confidentiality of information they receive. In addition, although it may be necessary to disclose health information about you in order for us to perform insurance functions, this information will not be disclosed for any purpose without your authorization. Additionally, we may share information with third parties to perform marketing services on our behalf, or to other financial institutions such as marketing companies, agents and other insurance distributors with which we have joint marketing agreements. These third parties or joint marketers assist us in informing you about the products and services we have to offer or that may be of interest to you. Each of these joint marketers submits written assurances to Fortis Health that they will respect the privacy and confidentiality of information they receive. Fortis Health may also share information with others as required by law. For example, it may be necessary for us to share information about you in response to law enforcement agencies, state insurance departments, subpoenas or other court orders.

**Changes to Our Privacy Policy**
From time to time, it may be necessary to amend this privacy policy. Fortis Health therefore reserves the right to modify or supplement this Privacy Policy at any time. If we make material changes, we will provide current customers with a revised notice that describes our new practices on an annual basis.

**Our Security Safeguards**
Fortis Health has established safeguards to ensure the security and confidentiality of information about you. These safeguards include protection against anticipated threats or hazards to the security or integrity of the information, as well as protection against the unauthorized access to or use of this information. We restrict access to your information to those employees who need to know that information to provide products or services to you.

**Who We Are**
Fortis Health is a leading national provider of health insurance for individuals, families and small employer groups. Insurance polices are underwritten and issued by Fortis Insurance Company, Fortis Benefits Insurance Company and John Alden Life Insurance Company. In business since 1892, Fortis Health provides health insurance coverage to over one million people nationwide. Fortis Health is headquartered in Milwaukee, Wisconsin, and has operations offices in Minnesota, Idaho, Texas, Florida and Ohio. Fortis Health is part of Fortis, Inc., a financial services company that, through its operating companies and affiliates, provides specialty insurance and investment products to businesses, associations, financial service organizations and individuals in the U.S. Fortis, Inc. is part of the international Fortis group, operating in the insurance, banking and investment arenas worldwide, with headquarters in the Netherlands and Belgium.

**Your Right to Choose**
Many customers appreciate receiving information about products and services that are available from other unaffiliated companies. However, if you would prefer that we not share personal information about you with unaffiliated companies so that you can be informed about the availability of these other products and services, you simply need to let us know and we will not share information for this purpose. For customers who have more than one member of their family insured by us, we will treat a request by one family member as a request from all members of the family. If you do not want to receive information about other products and services as a result of Fortis Health sharing your non-public information with unaffiliated third parties, please complete the attached form and mail to the following address:

Fortis Health
Attn: Opt Out Administration
P.O. Box 3050
Milwaukee, WI 53201-3050

I do not want to receive information about other products and services as a result of Fortis Health sharing any of my non-public personal information with unaffiliated third parties.

Name:_____

Address:_____

Policy/Certificate:   0050343438

Date:_____

FORM #27859 (5/2001)

**JOHN ALDEN LIFE INSURANCE COMPANY**
Administered by Fortis Insurance Company
501 West Michigan
Milwaukee, WI 53203
A Stock Company



# POLICY/CERTIFICATE AMENDMENT RIDER

The policy or certificate to which this rider is attached is amended as follows. Benefits provided by this rider will be subject to any Rate of Payment provision or other limitation of the policy and certificate. This rider supercedes other policy or certificate provisions with which it may be in conflict.

1. With respect to the Schedule:

   a. The second paragraph of the Schedule page is deleted and replaced by the following:

      For most services the Rate of Payment for a network provider is more than the Rate of Payment for an out-of-network provider. However, if You receive Emergency Treatment from an out-of-network provider when You cannot reasonably reach a network provider, benefits will be paid as if received from a network provider. In these cases, after the insured's condition is stabilized, We reserve the right to condition payment of subsequent charges at the network Rate of Payment upon transfer to a network facility. A network provider is any Health Care Provider or Hospital participating in the network provider plan. The list of network providers is subject to change. You are responsible for calling the network manager to verify the participation status of a provider prior to treatment. Covered Charges Incurred after a provider's participation in the network provider plan has terminated will be subject to the normal provisions of this plan, including medical Deductible and out-of-network Rate of Payment.

2. With respect to the Definitions section:

   a. The following definition is added:

      **Class:**
      Any common personal characteristic or shared product features, except an individual's claim experience shall only be considered collectively with other individuals' claim experience.

3. With Respect to the When Your Coverage Begins and Ends section:

   a. The **Adding Newborn and Adopted Children** provision is replaced by the following:

      **Adding Newborn and Adopted Children:** A newborn or adopted child will be covered if the child is a Covered Dependent, written enrollment is made to Us, and We receive any required premium within 60 days of birth or adoption.

      If this is an individual plan and these requirements are not met, the child will not be covered from birth or adoption. However, if this is a family plan, the child will be covered for the first 60 days from birth or adoption.

   b. The **Termination** provision under When Your Coverage Begins and Ends is replaced by the following:

      **Termination**
      The certificate Holder may cancel this coverage at any time by sending Us written notice. Upon cancellation, We will promptly return the unearned portion of any premium paid.

Rider B029

This certificate will terminate at 12:01 a.m. standard time at the certificate Holder's residence on the date:

- requested in writing or the date We receive the request, whichever is later;
- on which no further premium is received;
- there is fraud or material misrepresentation made by or with the knowledge of any Insured applying for this coverage or filing a claim for benefits;
- all certificates in the same form number or Class are non-renewed or canceled in the state in which Your certificate was issued or the state in which You presently reside;
- You move outside of the service area, if You have a PPO plan;
- You become eligible for Medicare, if allowed by federal law; or
- You are no longer a Covered Dependent.

We will pay benefits to the end of the time for which We have accepted premiums.

    c.    The following provisions are added:

**Renewal**
This certificate is renewed on each premium due date while coverage is in effect.

**Modification of Your Coverage**
The Master Group Policy may be changed at any time. We will give the association 30 days notice prior to any change. In addition, at renewal, We may uniformly modify benefits for all certificates with Your plan of coverage. You will receive an amendment to Your certificate showing any change.

4.    With respect to the Health Care Review section:

    a.    The following provision is added:
**Emergency Confinement in Non-network Hospital or Facility**
If You or a Covered Dependent are admitted to a Non-network facility because of an emergency, follow the instructions above for Emergency Confinement. In these cases, after the insured's condition is stabilized, We reserve the right to condition payment of subsequent charges at the network Rate of Payment upon transfer to a network facility.

    b.    The following items are amended:

The **Outpatient Procedures** provision is replaced by the following:

**Outpatient Procedures:** Call at least 7 days prior to a scheduled Outpatient procedure.

The **Durable Medical Equipment** provision is replaced by the following:

**Durable Medical Equipment**

5.    With respect to the Covered Medical Services section:

    a.    The paragraph that begins **Limited coverage for specific conditions of pregnancy** is changed to read:
**Limited coverage for specific conditions of pregnancy** includes only spontaneous miscarriage, ectopic pregnancy, Medically Necessary cesarean section, gestational diabetes mellitus and medical conditions whose diagnoses are distinct from pregnancy but are adversely affected by pregnancy. In complicated pregnancy, prenatal care and normal delivery are not covered unless Maternity Coverage is in force.

6.    With respect to the Pre-existing Conditions Limitation and other Exclusions section:

    a.    The following items are added to the Exclusions section:

- Prenatal-related genetic screening or diagnostic testing, including but not limited to maternal serum alpha-fetoprotein, chorionic villus sampling, ultrasonography, percutaneous umbilical blood sampling, fetal skin sampling, unless maternity coverage is in force.
- Pregnancy, maternity and other expenses related to surrogate pregnancy.

**Rider B029**

b.  The following items in the Exclusions section are amended:

  The exclusion beginning with "Infertility, which is the inability to conceive" is replaced with:

  - Diagnosis and treatment of infertility, which is the inability to conceive despite one year without protection from pregnancy or the inability to carry pregnancies to a live birth resulting in 3 or more miscarriages prior to the 20th week of gestation.

  The exclusion beginning with "Charges for sex transformation" is replaced with:

  - Charges for sex transformation, and treatment of sexual dysfunction or inadequacy or to restore or enhance sexual performance or desire.

  The exclusion beginning with "Mental Illness or Substance Abuse" is replaced with:

  - Diagnosis or treatment of Mental Illness or Substance Abuse.

7.  With respect to the Other Provisions section of the certificate:

  a.  The Misstatements provision is deleted and replaced by the following:

  **Misstatements**
  If any relevant fact about You is found to have been misstated, the true facts will be used to determine if the insurance is in force. If Your age or other material information has been misstated and the premium amount would have been different had the correct information been disclosed, an adjustment in premiums may be made based on the corrected information. In addition to adjusting future premiums, We may require payment of past premiums at the adjusted rate in order to continue coverage.

  b.  The Premium Payments provision is deleted and replaced by the following:

  **Premium Payments**
  Premium payment on or before the effective date will keep Your coverage in force until the first renewal date. Each renewal premium is due on its due date subject to the grace period. Your premium may change on renewal because a new rate table applies, due to claims experience within Your Class of coverage, due to changes in policyholder expense, when Your age increases, family members are added or deleted, coverage is increased or decreased, if You move to a different ZIP code, or for any other reason permitted by law. Your mode of payment (monthly, quarterly or other) is subject to change at Our discretion.

  c.  The Modification of Policy provision is deleted.

The Effective Date of this rider is the Effective Date of the policy or certificate to which it is attached, or this endorsement whichever is later.

*A. Mayberry-French*
Secretary

**Rider B029**

JOHN ALDEN LIFE INSURANCE COMPANY
Administered by Fortis Insurance Company
501 West Michigan
Milwaukee, WI 53203
A Stock Company



# NETWORK DOCTOR/HOSPITAL COVERAGE RIDER

The consideration for this rider is the premium shown in the Schedule or endorsement to the policy or certificate. The policy or certificate to which this rider is attached is amended by adding the following benefits:

1. The Schedule page is amended by deleting the Out-of-Pocket Limits provision and replacing it with the following:

   NETWORK OUT-OF-POCKET LIMITS
   Individual Out-of-Pocket Limit each calendar year . . . . . . . . . . . . . . . . . . . . . . $ 4,500
   Family Out-of-Pocket Limit each calendar year . . . . . . . . . . . . . . . . . . . . . . . . $ 9,000

   OUT-OF-NETWORK OUT-OF-POCKET LIMITS
   Individual Out-of-Pocket Limit each calendar year . . . . . . . . . . . . . . . . . . . . . . $ 12,500
   Family Out-of-Pocket Limit each calendar year . . . . . . . . . . . . . . . . . . . . . . . . $ 25,000

2. The Definitions section is amended by deleting the Deductible provision and replacing it with the following:

   **Deductible:** The amount of Covered Charges you must pay each calendar year before we pay benefits. Once two or more Insureds have collectively met the maximum family medical Deductible, no additional Deductible will be taken during the calendar year.

3. The Definitions section is amended by deleting the Out-of-Pocket Limits provision and replacing it with the following:

   **Out-of-Pocket Limits:** The maximum dollar amount you pay each calendar year in Deductible and coinsurance for Covered Charges before we pay 100% of Covered Charges for that category. Each Individual Out-of-Pocket Limit will be reduced by any amounts credited to any other Out-of-Pocket Limit. Once the maximum family Out-of-Pocket Limits are met, we will pay 100% of Covered Charges for all Insureds.

   The following do not count toward any Out-of-Pocket Limit: any Copayment; any Prescription Drug Deductible, Ancillary Charge or coinsurance; any penalty applied under the Health Care Review section; and any amount not paid by us due to the difference between the out-of-network benefit and the benefit that would have applied had you used a network provider or pharmacy.

Nothing in this rider will be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy or certificate, other than as stated above.

The effective date of this rider is the effective date of the policy or certificate to which it is attached, or the endorsement date if later.

*A. Mayberry-French*
Secretary

RIDER 2821                                                                               390.000

# ENROLLMENT FORM FOR
# MEDICAL INSURANCE FOR INDIVIDUALS AND FAMILIES


**FORTIS**
Solid partners, flexible solutions℠

PLEASE PRINT IN BLACK INK                             0050343438

## AGENT INFORMATION

Agency Name and Fortis Number __FREDRICKSON_____    __0JAN5310JA001__
Agent Name and Fortis Number __JEFF FREDRICKSON____  __0JAN5310JA001__   Phone # __334-687-3011__
Agent Fax Number __334-687-3013_____   General Agent is located in the state of _____

## TYPE OF ACTIVITY  check appropriate box

☒ **New Enrollee**                  ☐ **Change to an existing policy.** Policy #_____
                                     ☐ Adding Dependent
☐ **Upgrading Coverage**             ☐ Reinstatement of Coverage
   Existing Policy #_____          ☐ Applying for removal of special exception rider
                                     ☐ Applying for removal/reduction of special class premium
                                     ☐ Other_____

## PERSON(S) TO BE INSURED

| | Name Last | First | M.I. | Sex | Age | Birthdate Mo/Day/Yr | State of Birth | Height | Weight | Social Security # | Tobacco User Refer to p. 4, #28 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. (Primary) | BEASLEY | H | R | M | 49 | 9/9/52 | | 5'10" | 185 | 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 | ☐ Yes ☒ No |
| 2. (Spouse) | BEASLEY | NINA | C | F | 47 | 11/9/54 | | 5'4" | 150 | | ☐ Yes ☒ No |

3. DEPENDENT'S NAME

| Last | First | M.I. | Relationship | Sex | Age | Full Time Student Yes | No | Birthdate Mo/Day/Yr | Height | Weight | Social Security # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

4. Resident Address

__424 W EUFAULA_____     __EUFAULA_____     __AL__     __36027__
STREET                         CITY                 STATE      ZIP

5. Does any proposed insured live outside the above household?   ☐ Yes  ☐ No

   If yes, explain_____
   (IN CASE OF A MINOR, CUSTODIAL PARENTS SIGNATURE WILL BE REQUIRED TO ATTEST TO MEDICAL HISTORY)

6. Home Phone Number __334-687-3192_____   Best time to call_____
                      AREA CODE    NUMBER

7a. Occupation (Primary): __Body shop owner_____     ☐ Full-Time  ☐ Part-time   Hours worked per week____

    Company Name:_____    Work Phone Number: _____
    Duties:_____
    Self Employed: ☒ Yes  ☐ No      Covered by Worker's Compensation: ☐ Yes  ☐ No

7b. Occupation (Spouse): __Antique Mall_____     ☐ Full-Time  ☐ Part-time   Hours worked per week____

    Company Name:_____    Work Phone Number: _____
    Duties: __Owner__
    Self Employed: ☒ Yes  ☐ No      Covered by Worker's Compensation: ☐ Yes  ☐ No

## IF REQUESTING LIFE INSURANCE COVERAGE

8. Beneficiary for Primary Insured_____
                                    FULL NAME                           RELATIONSHIP

   Contingent Beneficiary_____
                                    FULL NAME                           RELATIONSHIP
(The Primary Insured is the beneficiary of any Spouse or Child(ren) Life Insurance.)

1

## POLICY INFORMATION
*If Signed Proposal/Quote is provided this section does not need to be completed*

### PREMIUM AMOUNT

**Plan Name:** _____
**Plan Type:**
- ☐ Physician/Hospital PPO   ☐ PPO X-tra   ☐ Value Plan
- ☐ Traditional (non-PPO)   ☐ If PPO, Network Selected: _____   ☐ If Value Plan, Lifetime Max: _____

**Plan Deductible** _____ **Rate of Payment:** _____
**Prescription Drug Card Deductible:** _____
**MSA:**   ☐ FORTIS MSA   ☐ MSAVER   ☐ OTHER
**Optional Coverage:**
- ☐ Doctor's Office Copayment
- ☐ Maternity* *(N/A in Arkansas and Oklahoma)*
- ☐ Accident Medical Expense: First Dollar Amount $ _____
- ☐ Life Insurance for Primary Insured: $ _____
  - ☐ Life Insurance Spouse: $ _____
  - ☐ Life Insurance Children
- ☐ Dental and Vision Card

The Dental and Vision Card is a discount program, not an insurance product. Indicate any plan or coverage changes from original illustration, sign and initial.

| | |
|---|---|
| Primary Insured | $ _____ |
| Spouse | $ _____ |
| Children | $ _____ |
| Rx Drug Card | $ _____ |
| D.O.C. | $ _____ |
| Maternity | $ _____ |
| AME | $ _____ |
| Life | $ _____ |
| Dental & Vision Card | $ _____ |
| Total Premium | $ _____ |
| One Time Processing Fee* *N/A in all states* | $ 20.00 |

## BILLING

9. ☐ Quarterly   ☐ Semi-Annual   ☐ Annual   ☒ Bank Draft (Complete attached form)   ☐ Existing Account # _____
Send premium notices to:   ☐ Insured   ☒ Other (Print name, street number, city, state & zip)
BEASLEY MOTORS COMPANY, INC PO BOX 655, EUFAULA AL36072

## OTHER COVERAGE IN FORCE OR APPLIED FOR

10. Are any of the proposed insureds covered by, or has application been made for any type of medical insurance?
    ☒ Yes (Complete section below)   ☐ No

| Proposed Insured's Name | Company Name | Company Phone Number | Group/Individual/COBRA | Type of Coverage | Effective Date | Termination Date |
|---|---|---|---|---|---|---|
| PRIMARY | CO HIC | 312-481- | | INDIVIDUAL | 1997 | 7/02 |

11. Were all proposed insureds covered under the prior plan listed above?   ☒ Yes   ☐ No (If no, list those not covered)

12. Will this proposed coverage replace or change any existing health insurance? .................................... ☒ Yes  ☐ No
13. Are any of the proposed insureds covered by Medicaid? ............................................................... ☐ Yes  ☒ No
14. Will any proposed insured become eligible for any other form of medical insurance in the next six months? ....... ☐ Yes  ☒ No
15. Have any of the proposed insureds ever been declined, postponed, charged an extra premium or had a portion of coverage excluded for life, disability, or medical insurance or had such coverage rescinded? ................ ☐ Yes  ☒ No
    If yes, give details _____

## HAZARDOUS ACTIVITIES & DRIVING

16. Have any of the proposed insureds ever participated in organized racing including but not limited to, automobile, motorcycle or powerboat racing or any of the following activities: skydiving, ultralight flying, scuba diving, hang gliding, rock or mountain climbing?   ☐ Yes   ☒ No

| If yes, indicate who and which activity | When/How Often | Do you plan continued participation? |
|---|---|---|
| | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |

17. Have any of the proposed insureds been cited for driving while intoxicated in the past 5 years or had 2 or more moving violations in the past 2 years?   ☐ Yes   ☒ No
    If yes, indicate type of violation. _____   Date/s _____

# HEALTH STATEMENT                                                          0050343438

IMPORTANT! PLEASE GIVE COMPLETE DETAILS OF EACH YES ANSWER ON PAGE 5 "ADDITIONAL MEDICAL DETAILS".

**WITHIN THE LAST 10 YEARS HAS ANY PROPOSED INSURED:**                                    Yes   No
**18. HAD ANY DIAGNOSIS OF, RECEIVED TREATMENT FOR, OR CONSULTED WITH A PHYSICIAN CONCERNING:**

a) The lungs or respiratory system including but not limited to hayfever or other allergies, sinus infections, asthma, bronchitis, tuberculosis, pneumonia or emphysema? ☐ ☒

b) The heart or circulatory system including but not limited to high blood pressure, heart attack, heart murmur, chest pain, irregular heartbeat, varicose veins, phlebitis or elevated cholesterol? (provide last blood pressure reading and cholesterol level if known) ☐ ☒

c) The digestive system including but not limited to ulcer, gastritis, heartburn, intestinal disorder, colitis, gallbladder, hemorrhoids, hernia, disorder of the pancreas, spleen, or liver including but not limited to, hepatitis, jaundice or cirrhosis? ☐ ☒

d) The nervous system including but not limited to epilepsy, seizures, unconsciousness, convulsions, vertigo, headaches, paralysis, multiple sclerosis, cerebral palsy, Parkinson's disease, stroke or mini-stroke, TIA or brain attack? ☐ ☒

e) Mental disease or nervous disorder including but not limited to any emotional disorder, anxiety, depression, attention deficit disorder, eating disorder, or psychiatric treatment or counseling? ☐ ☒

f) Congenital disorder, birth defects or developmental disorders including but not limited to Down Syndrome, mental retardation, autism, cleft palate, club foot, or congenital heart defects? ☐ ☒

g) The genitourinary system including but not limited to any kidney disorder, kidney stones, cystitis, prostatitis, bladder infections, or sexually transmitted disease? ☐ ☒

h) Diabetes, high or low blood sugar or any disorder of the thyroid gland or other glandular disorder? ☐ ☒

i) The muscular, skeletal or connective tissue disorder including but not limited to arthritis, lupus (SLE), temporomandibular joint disease (TMJ), any back or spine disorder or treatment of any muscular or neuromuscular disorder or any manipulation therapy? ☐ ☒

j) Blood or lymph disorders including but not limited to anemia or lymphadenopathy? ☐ ☒

k) Cancer? Provide location, type of cancer and treatment received ☐ ☒

l) Tumor, cyst or growth of any kind; any breast or skin disorders? Provide location, state if treated or removed and date ☐ ☒

m) Any disorder of the eyes, ears, (including ear infections or ear tubes), nose or throat. Tonsils or adenoids, any speech or hearing impairment? ☐ ☒

n) 1. Any disorder of the reproductive organs, including but not limited to disorders of the penis, testes, vagina, ovaries and cervix, uterus, diagnosed or treated for infertility or irregular menstruation? ☐ ☒

   2. To the best of your knowledge, are you, your spouse or any dependent now pregnant? ☐ ☒

   3. Is any person not named on this enrollment form now pregnant by any person to be insured? ☐ ☒

**IF EITHER N-2 OR N-3 IS ANSWERED YES, MEDICAL COVERAGE CANNOT BE ISSUED.**

| QUESTIONS 4-6 FOR FEMALE APPLICANTS: | | |
|---|---|---|
| 4. Complications of pregnancy, including but not limited to caesarean section delivery or miscarriage? | ☐ | ☒ |
| 5. DATE OF LAST PAP SMEAR 1/02          RESULTS normal | | |
| 6. Have you been instructed to have a repeat pap smear or any follow-up treatment or tests as a result of your last pap smear? | ☐ | ☒ |

19. Been diagnosed as having or been treated for Acquired Immune Deficiency Syndrome (AIDS) by a member of the medical profession? ☐ ☒

20. Been diagnosed as having or been treated for any immune deficiency disorder by a member of the medical profession? ☐ ☒

21. Experienced any of the following: Signs and symptoms of an immune deficiency disorder may include lymphadenopathy (swollen lymph nodes), loss of appetite, weight loss, chronic fatigue, fever, oral thrush, skin rashes, unexplained infections, dementia, depression, or other psychoneurotic disorders with no known cause? ☐ ☒

22. Had surgery or has diagnostic testing, treatment or surgery been recommended or scheduled that has not been completed? ☒ ☐

23. Does any person have any fixation/prosthetic devices present including but not limited to plates, screws, pins, implants (including breast implants), shunts, pacemakers or valve replacements? ☒ ☐

24. Had an electrocardiogram, chest x-ray, or blood test or any other diagnostic testing of any kind or been hospital confined in the past 10 years? If yes, give name of physician or hospital and results. ☒ ☐

25. Been a member of Alcoholics Anonymous or had any treatment, including but not limited to, counseling for alcoholism or alcohol abuse or been advised by a physician to discontinue or decrease alcohol consumption? ☐ ☒

26. Used sedatives, tranquilizers, cocaine or other hallucinogenic or narcotic drugs, or received treatment for drug abuse or chemical dependency? ☐ ☒

27. To the best of your knowledge, does any person to be insured have any mental or physical impairment, disease or deformity not indicated above? ☐ ☒

3

## HEALTH STATEMENT (continued)

IMPORTANT! PLEASE GIVE COMPLETE DETAILS OF EACH YES ANSWER ON PAGE 5 "ADDITIONAL MEDICAL DETAILS".

|  | Yes | No |
|---|---|---|
| 28. Have you or your spouse (if to be insured) smoked cigarettes or used tobacco in any form or nicotine substitute within the past year? Primary Proposed Ins. | ☐ | ☒ |
| Spouse | ☐ | ☒ |
| 28a. Have you or your spouse EVER smoked cigarettes or used tobacco products? If yes, indicate who, amount per day and year quit._____ | ☐ | ☒ |
| 29. Is any proposed insured currently taking or taken within the past 12 months, any prescription or non-prescription medication or receiving medical treatment of any kind? Provide details of treatment including name and dosage of all medications. | ☒ | ☐ |

## REQUESTING THE REMOVAL OF A SPECIAL CLASS PREMIUM OR RIDER

30. Has there been any medical treatment for, or have you consulted with a physician concerning the condition(s) which has been ridered or rated since the covered person's effective date? ☐ Yes ☐ No   If yes, provide details_____

## REGULAR PHYSICIAN

31. Regular physician or medical practitioner for each proposed insured: (If none, provide last doctor seen, date, reason & results)

Primary Proposed Insured's Physician _Dr. Jimmy Lockwood_

Address _Eufaula, AL_

Date Last Seen _5/4/02_   Reason & Results _Annual physical, good health, no problems_

Spouse's Physician _Dr. Saville_

Address _Eufaula, AL_

Date Last Seen _3/02_   Reason & Results _Check-up, everything was normal_

Child's Name_____ Physician_____
Address_____
Date Last Seen_____ Reason & Results_____

Child's Name_____ Physician_____
Address_____
Date Last Seen_____ Reason & Results_____

Child's Name_____ Physician_____
Address_____
Date Last Seen_____ Reason & Results_____

Child's Name_____ Physician_____
Address_____
Date Last Seen_____ Reason & Results_____

4

# ADDITIONAL MEDICAL DETAILS
*(Attach a separate sheet if additional space is needed. Date and sign any additional sheet.)*

0050343438

| | Provide dates, type of treatment, and results. | Name of Doctor or Hospital and Complete Address and Phone Number. |
|---|---|---|
| Person: NINA  Question No. 22  Hysterectomy  Condition: | See Attached Page | See Attached Page. |
| Person: H  Question No. 23  Fractured leg  Condition: | See Attached Page | See Attached Page. |
| Person: NINA  Question No. 24  Hysterectomy  Condition: | Dates: 6/01  Treatment: Stayed two days  Results: | |
| Person: H  Question No. 24  Test  Condition: | See Attached Page | See Attached Page. |
| Person: NINA  Question No. 29  Hormone replacement therapy  Condition: | See Attached Page | See Attached Page. |
| Person: H  Question No. 31  Annual Exam  Condition: | See Attached Page | See Attached Page. |
| Person:   Question No.   Condition: | | |
| Person:   Question No.   Condition: | | |
| Person:   Question No.   Condition: | | |
| Person:   Question No.   Condition: | | |

5

ENROLLMENT FORM FOR
MEDICAL INSURANCE FOR INDIVIDUALS AND FAMILIES
ADDITIONAL NOTES

0050343438


**FORTIS**
Solid partners, flexible solutions

---

Details Question Number: 22
Person: NINA
Condition: Hysterectomy
Dates: 6/01
Treatment: Complete hysterectomy done due to "horrible periods" and possible fibroids- no problems or complciations
Results:
Doctor Info:

---

Details Question Number: 23
Person: H
Condition: Fractured leg
Dates: 1989
Treatment: Right leg has a rod, no complications or restrictions, has full range of motion
Results: Full recovery
Doctor Info:

---

Details Question Number: 24
Person: H
Condition: Test
Dates:
Treatment: Routine Stress test with echocardiogram - everything was normal. Routine blood test, chest xray - both were fine
Results:
Doctor Info:

---

Details Question Number: 29
Person: NINA
Condition: Hormone replacement therapy
Dates: current
Treatment: takes Cenestine 1.25/625mg once a day- no problems or complications
Results:
Doctor Info:

---

Details Question Number: 31
Person: H
Condition: Annual Exam
Dates: 5/4/02
Treatment: Blood pressure 120/80, cholesterol-165, other cholesterol readings were real good
Results:
Doctor Info:

---