IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| H. M. BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-729-B |
| | ) | |
| FORTIS INSURANCE COMPANY and | ) | |
| ALDEN LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of Plaintiff's *Motion to Remand* with supporting *exhibits*, filed September 1, 2005 (Doc.4), it is

**ORDERED** that Defendant shall file a response, not later than September 29, 2005, to show any cause why Plaintiff's Motion for Remand should not be granted.

Notwithstanding the Clerk's notice on August 8, 2005, the record reflects that the parties have not filed *either* **written consents for the Magistrate Judge's exercise of full judicial authority and dispositive action in this civil case *or* requests for reassignment to District Judge**. As explained in the *Explanation of Assignment to United States Magistrate Judge*, the parties have the right to consent to, or decline to consent to, the exercise of jurisdiction by a Magistrate Judge without adverse consequences. Accordingly, it is

**ORDERED** that Counsel for the parties shall execute and send to the Clerk of Court, for receipt not later than **September 21, 2005**, *either* the attached form for consent to the Magistrate Judge's jurisdiction *or* the attached form for reassignment to a District Judge.

DONE this 14th day of September, 2005.

                                                               **/s/ Delores R. Boyd**
                                                                DELORES R. BOYD
                                                                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| H. M. BEASLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-729-B |
| ) | |
| FORTIS INSURANCE COMPANY and ) | |
| ALDEN LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____    _____
Date                                                          Signature

                                                      _____
                                                      Counsel For (**print** name of all parties)

                                                      _____
                                                      Address, City, State, Zip Code

                                                      _____
                                                      Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| H. M. BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-729-B |
| | ) | |
| FORTIS INSURANCE COMPANY and | ) | |
| ALDEN LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____        _____
Date                                              Signature

                                            _____
                                            Counsel For (**print** name of all parties)

                                            _____
                                            Address, City, State Zip Code

                                            _____
                                            Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101