Received 06/06/2002 04:20PM in 06:16 on line [1] for TELEAPP1 * Pg 3/5
06/06/02 THU 16:22 FAX 9017588843   NORTHSTAR MKTG MPHS   @003

50343438 R

## John Alden Life Insurance Company Authorization for Check-O-Matic Billing

**Choose the following option that applies:**

☒ To begin Check-O-Matic withdrawals

☐ To add this policy to an existing Check-O-Matic account with John Alden Life Insurance Company.
Note: Please provide the existing Check-O-Matic number and/or associated policy number.

Existing COM Number _____

Associated Policy Number _____

**Desired withdrawal day: (1-28)** _1_
Note: We recommend a withdrawal date equal to or within 5 days of your policy issue day.

COM # 101212

**ACCOUNT INFORMATION:** Complete only if different than information on check.

**PAYOR'S BILLING ADDRESS**

Payor's Name: Beasley Motors
Address: PO Box 1055
City: Eufaula   State: ALA   ZIP: 36027

I (we) hereby authorize John Alden Life Insurance Company, hereinafter called COMPANY, to initiate debit entries to the account indicated below and the depository named below, herein after called DEPOSITORY, to debit the same to such account.

This authority is to remain in full force and effect until COMPANY and DEPOSITORY has received written notification from me (or either of us) of its termination in such time and in such manner as to afford COMPANY and DEPOSITORY a reasonable opportunity to act on it.

x [signature]   x 6/2/02

---

**BEASLEY MOTORS COMPANY, INC.**
P.O. BOX 585 687-2240
EUFAULA, AL 36072-0250

20459

PAY TO THE ORDER OF _____ VOID _____ $ _____

_____ VOID _____ DOLLARS

CENTRAL BANK
OF THE SOUTH
EUFAULA, ALABAMA

FOR _____

⑈020459⑈ ⑆062001486⑆ 780·2035 2⑈

---

## HEALTH ADVOCATES ALLIANCE MEMBERSHIP APPLICATION

Health Advocates Alliance is a membership organization that promotes good health among its members and their communities. Membership in the Alliance is required in order to be eligible for health insurance coverage. Membership privileges include the right to participate in all programs offered or sponsored by the Association. For additional information and benefits provided by the Association please see the Health Advocates Alliance Brochure, Form JI-1033.

I hereby request enrollment in the Health Advocates Alliance. I understand that nominal dues are required for membership in the Association; if participating in a sponsored insurance program, then my annual dues may be collected in installments along with my insurance premiums. I also understand that membership dues are non-refundable, and my failure to remit membership dues will result in loss of eligibility to participate in any of the Association sponsored programs or benefits.

M. Richard Beasley
Member Name (please print)

[signature]   6/2/02
Member Signature   Date

**DEFENDANT'S EXHIBIT 1**