## AFFIDAVIT OF SHARI STEPANOVICH

COUNTY OF MILWAUKEE   )

STATE OF WISCONSIN   )

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, Shari Stepanovich, who states under oath as follows:

1. I am over the age of nineteen years and I have personal knowledge of the matters set forth herein. I am Manager of Premium Services for John Alden Life Insurance Company ("John Alden"), and authorized to execute documents on its behalf. I have access to the corporate records of John Alden.

2. Attached hereto as Exhibit "A" is a copy of the "John Alden Life Insurance Company Authorization for Check-O-Matic Billing" that H.R. Beasley provided to John Alden in June of 2002. All of the premiums for the John Alden Medical Certificate issued to Mr. Beasley, Certificate Number 0050343438, have been paid to John Alden from the checking account of Beasley Motors Company, Inc. provided by Mr. Beasley in the attached authorization.

FURTHER AFFIANT SAYETH NOT.

By _____
Shari Stepanovich

COUNTY OF MILWAUKEE   )

STATE OF WISCONSIN   )

I, Daunkettlen Paste, a Notary Public in and for said County in said State, hereby certify that Chuck Simpson, whose name is signed to the foregoing AFFIDAVIT OF SHARI STEPANOVICH, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, she executed the same voluntarily on the day the same bears date.

Given under my hand and seal, this 29 day of September, 2005.

_____
NOTARY PUBLIC

My Commission Expires: 10-26-08

[SEAL]
1399062

DEFENDANT'S EXHIBIT 2

08/08/02 THU 16:22 FAX 9017588843  NORTHSTAR MKTG MPHS

Received 06/06/2002 06:20PM in 06:16 on line [1] for TELEAPP1 * Pg 3/5

50343438 R

## John Alden Life Insurance Company Authorization for Check-O-Matic Billing

**Choose the following option that applies:**

☒ To begin Check-O-Matic withdrawals

☐ To add this policy to an existing Check-O-Matic account with John Alden Life Insurance Company.
Note: Please provide the existing Check-O-Matic number and/or associated policy number.

Existing COM Number _____

Associated Policy Number _____

Desired withdrawal day: (1-28) ____1____
Note: We recommend a withdrawal date equal to or within 5 days of your policy issue day.

COM # 101212

**ACCOUNT INFORMATION:** Complete only if different than information on check.

**PAYOR'S BILLING ADDRESS**

Payor's Name: Beasley Motors

Address: PO Box 1058

City: Eufaula   State: AL   ZIP: 36027

I (we) hereby authorize John Alden Life Insurance Company, hereinafter called COMPANY, to initiate debit entries to the account indicated below and the depository named below, hereinafter called DEPOSITORY, to debit the same to such account.

This authority is to remain in full force and effect until COMPANY and DEPOSITORY has received written notification from me (or either of us) of its termination in such time and in such manner as to afford COMPANY and DEPOSITORY a reasonable opportunity to act on it.

x _____  x 6/2/02

---

BEASLEY MOTORS COMPANY, INC.
P.O. BOX 1058
EUFAULA, AL 36072-0858

20459

VOID VOID

CENTRAL BANK
OF THE SOUTH
EUFAULA, ALABAMA

⑈020459⑈ ⑆062001186⑆ 780⸱2035 2⸱

---

## HEALTH ADVOCATES ALLIANCE MEMBERSHIP APPLICATION

Health Advocates Alliance is a membership organization that promotes good health among its members and their communities. Membership in the Alliance is required in order to be eligible for health insurance coverage. Membership privileges include the right to participate in all programs offered or sponsored by the Association. For additional information and benefits provided by the Association please see the Health Advocates Alliance Brochure, Form JI-1033.

I hereby request enrollment in the Health Advocates Alliance. I understand that nominal dues are required for membership in the Association; if participating in a sponsored insurance program, then my annual dues may be collected in installments along with my insurance premiums. I also understand that membership dues are non-refundable, and my failure to remit membership dues will result in loss of eligibility to participate in any of the Association sponsored programs or benefits.

H. Richard Beasley
Member Name (please print)

_____  6/2/02
Member Signature              Date

6

**EXHIBIT A**