IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| H. M. BEASLEY, | ) |
|         Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2-05cv00729-DRB |
| FORTIS INSURANCE COMPANY and ALDEN LIFE INSURANCE COMPANY, | ) |
|         Defendants. | ) |

**NOTICE OF APPEARANCE**

Comes now David Hodge, of the law firm PITTMAN, HOOKS, DUTTON KIRBY & HELLUMS, P.C. located at 2001 Park Place North, 1100 Park Place Tower, Birmingham, Alabama 35203, and files this entry of appearance as an additional attorney of record on behalf of the plaintiff, H. M. Beasley

                                                            **s/ David Hodge**
                                                         Attorney for plaintiff

OF COUNSEL:

PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, AL 35203
(205) 322-8880      Telephone
(205) 328-2711      Fax

## CERTIFICATE OF SERVICE

      I hereby certify that this 7th day of February, 2006, I electronically filed the forgoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jenniefer M. Busby  
Robert S.W. Given  
R. Frank Springfield  
BURR & FORMAN LLP  
3100 SouthTrust Tower  
420 North 20th Street  
Birmingham, AL 35203

                                            **/s/ David Hodge**  
                                            Of Counsel