IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| H. M. BEASLEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-729-WKW |
| | ) |
| FORTIS INSURANCE COMPANY | ) |
| and ALDEN LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the defendant shall show cause on or before March 17, 2006 why plaintiff's Motion for Leave to File a supplemental brief (Doc. # 12) should not be granted.

DONE this the 28th day of February, 2006.

                                          /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE