IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| H. M. BEASLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-729-WKW |
| ) | |
| FORTIS INSURANCE COMPANY AND ) | |
| JOHN ALDEN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on the parties' Joint Consent to Remand (Doc. # 14), filed on March 17, 2006, which has been construed as a motion to remand. Both parties have represented that they agree that complete preemption of the plaintiff's claims under ERISA does not exist, and that this case is due to be remanded.

Therefore, it is hereby ORDERED that:

1. The plaintiff's Motion to Remand (Doc. # 4) is GRANTED.

2. The plaintiff's Motion for Leave to File Supplemental Memorandum Brief (Doc. # 12) is GRANTED.

3. The parties' Joint Consent to Remand (Doc. # 14) is GRANTED.

4. This case is REMANDED to the Circuit Court of Barbour County, Alabama.

5. The Clerk is DIRECTED to take appropriate steps to effect the remand.

6. Each party is to bear its respective fees and costs associated with the removal and remand of this action.

DONE this the 20th day of March, 2006.

                                            /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE